# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

_RORY GRIFFIN_ )
_____ )   Case Number: ___21-436-NJR___
_____ )                _(Clerk's Office will provide)_
_____ )
_____ )
_Plaintiff(s)/Petitioner(s)_ )
v. )   ☑ CIVIL RIGHTS COMPLAINT
_Dennis Larson_ )   pursuant to 42 U.S.C. §1983 (State Prisoner)
_STEVEN D. YOUNG_ )   ☐ CIVIL RIGHTS COMPLAINT
_____ )   pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )   ☐ CIVIL COMPLAINT
_Defendant(s)/Respondent(s)_ )   pursuant to the Federal Tort Claims Act, 28 U.S.C.
)   §§1346, 2671-2680, or other law

## I.   JURISDICTION

**Plaintiff:** _RORY GRIFFIN_

A.   Plaintiff's mailing address, register number, and present place of
confinement. _Big Muddy River C.C._
_231 N. IL, HWY 37_
_Ina, Illinois 62846_

**Defendant #1:**

B.   Defendant _Dennis Larson_ is employed as
(a)   (Name of First Defendant)

_Head Doctor_
(b)   (Position/Title)

with _IDOC / Big Muddy River C.C. 231_
(c)   (Employer's Name and Address)

_N. IL, Hwy 37 Ina, Illinois 62846_

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☑ Yes   ☐ No

If your answer is YES, briefly explain: _Dr. Larson is the head_
_Doctor here at IDOC / Big Muddy River C.C._
_Didn't prescribe strong enough Medication for the_
_pain from my Surgen'es, nor aloud me Physical_
_Therapy._

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _STEVEN D. Young_ is employed as

(Name of Second Defendant)

_Physician that Did my surgeries_

(Position/Title)

with _Don't Know that information_

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain: _Dr. Steven Young does not_
_work at Big Muddy River c.c. But he's the out-_
_side Doctor that Dr. Larson appointed to do_
_my surgeries on my left hand and Elbo_
_& Bicep._

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Rev. 10/3/19

IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel
your constitutional rights were violated.  Do not include legal arguments
or citations.  If you wish to present legal arguments or citations, file a
separate memorandum of law.  If you intend to allege a number of
related claims, number and set forth each claim in a separate paragraph.
If your claims relate to prison disciplinary proceedings, attach copies of
the disciplinary charges and any disciplinary hearing summary as
exhibits. You should also attach any relevant, supporting documentation.

On 6-24-2019 I had surgery ~~the~~, on my bicep, after this surgery I begain to have complications with my arm. And pain was unbearable, I ask Dr. Larson to give me something for my pain. He only prescribe me TYLENOL 325 MG tab, that's like taken nothing! with the pain & discomfort, I ask Dr. Larson to look out my medical records from the Cook County Jail, The Medications I was prescrib for pain. To name a few Plaquenil 200 mg oral tab, folic acid 1 mg tab, and gabapentin 400 mg oral capsule,

Dr. Larson refuse to ~~provide~~ me the medications for my pain that would help in the condition after surgery. I repeatedly put in request for better pain medications; But I was ignor, I hurt my arms and shoulders on 4-24-2019. Since then I've develop arthritis in my joints, hands, shoulders, elbow, wrist and even repeatedly ask Dr. Larson about my hip down to my knee is numm and very painful. My knees fill like their rubbing bone on bone, Dr. Larson still hasnt done anything for me nor giving me the medications

Rev. 10/3/19

STATEMENT OF CLAIM

2

continued! I need to endure the pain I'm having in my body.

I've even have physical therapy passes, to health care that was cancel everitime I went to show in my exhibits, they never happen.

I even written a Grievance for these very issues, new surgeries on my arm left, and elbow sharp pain all the time, but in the Grievance response says "No Current order for Pain Meds noted"!

This is a case of Deliberate Indifference repeated delays in Dr. Larson seeing me with consistent severe pain and failure to order diagnostic. Refusing to send me to a specialist despite my complaints of severe pain, and nothing that the Dr. Larson could not rely on lack of objective evidence; failing to make timely referral to a specialist.

I ask Dr. Larson to recommend back to the Doctor that did my surgeries Dr. Steven L. Young, Again I was ignord. Ignoring obvious conditions, failing to provide treatment for diagnosed conditions, failing to investigate enough to make an informed judgment, and delay in treatment.

My condition significantly affects my daily activities.

STATEment of Claim

3.

Continued: On 8-14-20 I had tendon
surgery on my hand, some of my fingers
went stretch out normally Dr. Steve D.
Young did the surgery. Again I've ask
Dr. Larson to prescribe me some for the
pain but still ignor. I want Dr. Steve
D. Young to look at it, but Dr. Larson
seems that he's not concern. So I'm
left with these agonizing pain in my body
hoping for some kind of relief,

## II.   PREVIOUS LAWSUITS

A.     Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes  ☐No

B.     If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.     Parties to previous lawsuits:
Plaintiff(s): *RORY GRIFFIN*

Defendant(s): *Cook County Jail*

2.     Court (if federal court, name of the district; if state court, name of the county): *UNITED STATES DISTRICT COURT for the NORTHERN DISTRICT of Illinois*

3.     Docket number: *117CV2463*

4.     Name of Judge to whom case was assigned: *Samuel Der-Yeshiayan*

5.     Type of case (for example: Was it a habeas corpus or civil rights action?): *Civil rights action*

6.     Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?): *was granted*

7.  Approximate date of filing lawsuit: *4-12-16*

8.  Approximate date of disposition: *I'm not sure, but a year or two later*

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"
    *Relief granted*

## III.   GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution?  ☑ Yes    ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☑ Yes    ☐ No

C.  If your answer is YES,
    1.  What steps did you take? *I file a grievance through the system, file a 42 U.S.C. §1983 with my Exhibit*

    2.  What was the result? *I was granted Relief*

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☑ Yes    ☐ No

F.  If your answer is YES,
    1.  What steps did you take? *file a grievance procedure, and file civil Rights complaint to 42 U.S.C. § 1983*

Rev. 10/3/19

2.      What was the result? *It's over*

G.      If your answer is NO, explain why not.

H.      Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

*That information I had mail out to a friend with a lot of other paperwork.*

Rev. 10/3/19

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

*Plaintiff want to be compensated for pain & suffering Damages $150.000*

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☑ does   ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed
on:   _____          *Rory Griffin*
              (date)                              Signature of Plaintiff

*Big Muddy River C.C.*                *Rory Griffin*
*251 N. Ill. Hwy 37*                      Printed Name
              Street Address
*Ina, Illinois 62846*                      *Y35204*
          City, State, Zip                 Prisoner Register Number

              _____
              Signature of Attorney (if any)

Rev. 10/3/19

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this _____ was mailed/delivered
                                                    (Name of Document)

to _____ on _____.
      (Name and Address of Party/Attorney)                              (Date)


_____
Signature

_____
Printed Name

---

12.     Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.     You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4

# UNITED STATES DISTRICT COURT

for the

_____ District of Illinois

**Division**

RORY GRIFFIN
_____
Plaintiff(s)

v.

DENNIS Larson
_____
Defendant(s)
STEVEN D, YOUNG

)
)
)
)
)
)
)

Case Number: _____

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed _____

_____ with the Clerk of Court using the

CM/ECF system which will send notification of such filing(s) to the following:



and I hereby certify that on [date], I mailed by United States Postal Service, the

document(s) to the following non-registered participants:



Respectfully submitted,

RORY GRIFFIN #35204
_____
Name of Password Registrant  Big muddy River C.C.

251 M. IL HWY  37
_____
Address

Ina, Illinois 62846
_____
City, State, Zip

Phone: (___) _____

Fax (___) _____

E-mail: _____ @ _____

_____
Attorney bar number (if applicable)

13 of 13

ILND 44   (Rev. 07/13/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729 (a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities Employment<br>☐ 446 Amer. w/Disabilities Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition)<br>☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation- Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

## VII. Previous Bankruptcy Matters (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## IX. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

## X. This case (check one box) ☐ Is not a refiling of a previously dismissed action ☐ is a refiling of case number _____ previously dismissed by Judge _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____



## OFFICE OF THE STATE APPELLATE DEFENDER
### FIRST JUDICIAL DISTRICT

203 North LaSalle Street • 24th Floor
Chicago, Illinois 60601
Telephone: 312/814-5472 • Fax: 312/814-1447
www.state.il.us/defender • E-mail: 1stDistrict@osad.state.il.us

**JAMES E. CHADD**
STATE APPELLATE DEFENDER

**PATRICIA MYSZA**
DEPUTY DEFENDER

**DOUGLAS R. HOFF**
ASSISTANT DEPUTY DEFENDER
_____

**RICHARD CONNOR MORLEY**
ASSISTANT APPELLATE DEFENDER

April 7, 2021

Mr. Rory Griffin
Register No. Y35204
Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, IL 62846

RE:   ***People v. Rory Griffin***
      Cook County No. 15 CR 1201
      Appellate Court No. 1-19-0755

Dear Mr. Griffin:

I am writing in response to your letter regarding IDOC's medical indifference. My office, the Office of the State Appellate Defender, does not represent clients in these types of cases. However, you can reach out to the John Howard Association at the address listed below.

John Howard Association
P.O. Box 10042
Chicago, IL 60610-0042

Sincerely,

RICHARD CONNOR MORLEY
Assistant Appellate Defender

ILLINOIS DEPARTMENT OF CORRECTIONS

Assigned Grievance #/Institution
1st Lvl rec   11-24-2020                                      2nd Lvl rec

**Offender's Grievance**

| Date: 11-23-2020 | Offender (please print): Rory Griffin | ID #: Y35204 | Race (optional): |

| Present Facility: Big Muddy River Corr Ctr | Facility where grievance issue occurred: Big Muddy River Corr Ctr |

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Other (specify): _____
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

Date of report _____   Facility where issued

RECEIVED
NOV 27 2020
MUDDY RIVER CC
CLINICAL SERVICES

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been Talking Two Doctor Larson A bout the pain I am in. My left arm and my Elbo the pain is sharp it go down to my for arm to my hand I have Nerve damage to my left arm. I have had tow surgury on my arm I am is pain all the time. I feel like this situation has been ignored. could he Presuribe for my some gabepentin or tramadol for the Nervedamage issue I have to my arm.

- [ ] Continued on reverse

**Relief Requested:** To have this issue Resolve and get someing Presuribe for Nervedamage to my arm Please May I have a copy of this Grievance Please

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

- [x] Check if this is an NOT an emergency grievance.

Rory Griffin _____ Y35204 _____ 11-23-2020
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 11/24/2020   [ ] Send directly to Grievance Officer

- [ ] Outside jurisdiction of this facility, Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Per HCUA, OFFENDER was seen by MD on 11/16/2020. No New order. Per Assessment: No current order for pain meds noted. Compression sleeve ordered incorrectly: correct type has been ordered and will be issued once received. Offender has outside appointments to see Rheumatology. Any meds ordered will be based on provider assessment and professional judgement.

C Sheridan _____ S. Cox _____ 1/7/2021
Print Counselor's Name     Sign Counselor's Name     Date

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

_____ _____
Chief Administrative Officer's Signature          Date

## VERIFICATION

I, *RORY GRIFFIN*, the undersigned, verify and state that:

1.  I am the (Petitioner/Respondent) in the above captioned legal matter.

2.  I have read the foregoing application and have knowledge of its contents;

3.  Under penalties of perjury as provided by law I declare that the above information is true and correct. I understand that 28 U.S.C 1915(e)(2)(A) states that the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue. I certify that the statements set forth in the foregoing motion and this Verification are true and correct except as to matters therein states to be on information and belief and as to such matters I certify and the same to be true.

S: *Rory Griffin*

BMRCC Form Revised 2017

Part 2
13 of 13

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

| | |
|---|---|
| Date: 12-27-21 | 1st Lvl rec: 3-1-21   2nd Lvl rec: |
| Offender (please print): Bobi Griffin | ID #: Y35204   Race (optional): |

Present Facility: Big Muddy River Correctional center
Facility where grievance issue occurred: Big Muddy River Correctional Center

**Nature of grievance:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [x] Other (specify): Health care unit Administrator

- [ ] Medical Treatment
- [ ] HIPAA

- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit

1-11-21
Date of report

RECEIVED
MAR 01 2021
BIG MUDDY RIVER CC
CLINICAL SERVICES

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I have been Writeing to Medical Record Department
And Miss Debbie Isaacs about geting MY Medical Record
it been over three weeks. I would like to have MY
Medical Record form 4-24-2019 to 12-31-2001 Please. I feel
like this situation has been ignored. Please Respond And
Resolve the issue Please Please I would like A copy of this
Grievance Please thank you

Relief Requested: To get MY Medical Record

[ ] Continued on reverse

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [x] Check if this is NOT an emergency grievance.

| Bobi Griffin | Y35204 | 2-27-21 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**   Date Received: 3/1/2021   [ ] Send directly to Grievance Officer

[ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per MEDICAL RECORDS, PAYMENT VOUCHER SENT OUT ON 2/26/2021
AND MEDICAL RECORDS IS WAITING FOR VOUCHER TO BE RETURNED
TO ISSUE COPIES.

TYPICALLY MEDICAL RECORDS HAS 30 DAYS AND ARE CURRENTLY UNDER
30 DAYS TO PROCESS.

| E. Shebrow | | 3/1/2021 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

Note to offender: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

| _____ | _____ |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender   Page 1 of 2   DOC 0046 (Rev. 01/2020)



OSXCP111

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Info
PRINTED SCHED. CALL PASS

PAGE: 128
RUN DATE: 3/23/2020
RUN TIME: 4:54:16 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - 075

OFFENDER CALL PASS ISSUED

IDOC: Y15204 GRIFFIN,RORY                    Minimum    A    Low

PRIMARY: DIETARY DEPT   NUMBER:BNRP060520873                              BNR:BNR403:A:26:01

DESTINATION:                    DAY: 3/24/2020        AT:
                                                      8:00:00
                                                      AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY   Did Not go
AUTHORIZED: Taryn Pender

CELL HOUSE SIGNATURE: _____    TIME: __:__
DESTINATION SIGNATURE: _____    TIME: __:__
EXIT SIGNATURE: _____    TIME: __:__
RETURN SIGNATURE: _____    TIME: __:__

OBRCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 340:
PRINTED SCHED. CALL PASS

PAGE: 96
RUN DATE: 6/29/2020
RUN TIME: 5:37:06 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - DTS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN, RORY                    Minimum    A    Low                    EMS:EMR:011A.28:U1

PRIMARY: UNASSIGNED . PARTICIPANT-EMR710010039

DESTINATION:                  DAY: 6/30/2020          AC:
                                                      8:00:00
                                                      AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY-MANDATORY

AUTHORIZED: Kathy Dutton

CELL HOUSE SIGNATURE: _____          TIME: __:__:__

DESTINATION SIGNATURE: _____         TIME: __:__:__

EXIT SIGNATURE: _____                TIME: __:__:__

RETURN SIGNATURE: _____              TIME: __:__:__

CUR-CP401

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 365
PRINTED OTHER CALL PASS

PAGE: 102
RUN DATE: 3/30/2020
RUN TIME: 5:16:12 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

Minimum    A    Low

PRIMARY: DIETARY DEPT., WORKER-RM0706G120873              EMS:EMS.03:A:2#3:U1

IDOC: Y75208 GRIFFIN,TONY

DESTINATION:                                DAY: 3/31/2020       AM:
                                                                8:00:00
                                                                AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY TO HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Fender

CELL HOUSE SIGNATURE:                                   TIME:

DESTINATION SIGNATURE:                                  TIME:

EXIT SIGNATURE:                                         TIME:

RETURN SIGNATURE:                                       TIME:

OHSCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED JUMBO CALL PASS

PAGE: 74
RUN DATE: 4/1/2020
RUN TIME: 4:55:45 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: Y33204 GALVIN,RRKY                    Minimum   A   Low

PRIMARY: DIETARY DEPT., KONKEE:B907060520873                         BMK:BN8:ED3:A:28:UL

DESTINATION:

DAY: 4/2/2020                    AT:
                                 8:00:00
                                 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Tanya Pender

CELL HOUSE SIGNATURE:                    TIME: ___:___

DESTINATION SIGNATURE:                   TIME: ___:___

EXIT SIGNATURE:                          TIME: ___:___

RETURN SIGNATURE:                        TIME: ___:___

OENCP101

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender 310

PRINTED SCHED. CALL PASS

PAGE: 46

RUN DATE: 4/9/2020

RUN TIME: 4:49:59 PM

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN,RONY                Minimum    A    Low

PRIMARY: DIETARY DEPT. , MONEER-EMC706520873                              EME.EMR.03.A.28:U1

DESTINATION:

DAY: 4/9/2020        AT:
                     8:00:00
                     AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Pender

DESTINATION SIGNATURE: _____    TIME: __:__

CELL HOUSE SIGNATURE: _____    TIME: __:__

EXIT SIGNATURE: _____    TIME: __:__

RETURN SIGNATURE: _____    TIME: __:__

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Id0
PRINTED SCHED. CALL PASS

PAGE: 62
RUN DATE: 4/13/2020

ILLINOIS DEPARTMENT OF CORRECTIONS - DFS

OFFENDER CALL PASS ISSUED

RUN TIME: 5:06:44 PM

CERPP4101

IDOC: Y35204 GRIFFIN,KORY          Minimum          A     Low

PRIMARY: DIETARY DEPT . MORKER-DMN706052M873                                   NMR-ERR:03:A:28:U1

DESTINATION:                                        DAY: 4/14/2020          AT:
                                                                            9:00:00
                                                                            AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Pender

CELL HOUSE SIGNATURE: _____          TIME: __:__
DESTINATION SIGNATURE: _____         TIME: __:__
EXIT SIGNATURE: _____                TIME: __:__
RETURN SIGNATURE: _____              TIME: __:__

CSNCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 34
RUN DATE: 4/15/2020
RUN TIME: 4:46:23 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS
OFFENDER CALL PASS ISSUED

Offender 360
Minimum   A   Low

IDOC: Y35204 GRIFFIN,RONY
PRIMARY: DIETARY DEPT.,WORKER-DNP/06062092T3

BHR:BMG:03:A:28:U01

DESTINATION:                                    DAY: 4/16/2020    AT:
                                                                 8:00:00
                                                                 AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Pender

CELL HOUSE SIGNATURE:                    TIME:
DESTINATION SIGNATURE:                   TIME:
EXIT SIGNATURE:                          TIME:
RETURN SIGNATURE:                        TIME:

DEPC74101

ILLINOIS DEPARTMENT OF CORRECTIONS

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

OFFENDER CALL PASS ISSUED - C/S

PAGE: 60
RUN DATE: 4/20/2020
RUN TIME: 5:55:07 PM

IDOC: Y55204 GRIFFIN,RONY          Minimum    A    Low          BNK-BNK-C03-A-2N-01

PRIMARY: DIETARY DEPT.,WORKER-BNK706092N873

DESTINATION:                       DAY: 4/21/2020        AT:
                                                          8:00:00
                                                          AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Lender

DESTINATION:                                              TIME:

CELL HOUSE SIGNATURE:                                     TIME:

DESTINATION SIGNATURE:                                    TIME:

EXIT SIGNATURE:                                           TIME:

RETURN SIGNATURE:                                         TIME:

I Did Not Go

DOKCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Info
PRINTED SCHED. CALL PASS

PAGE: 41
RUN DATE: 4/22/2020
RUN TIME: 5:09:39 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS
(OFFENDER CALL PASS ISSUED)

IDOC: Y35204 GRIFFIN, RORY
PRIMARY: DIETARY DEPT. , NUMBER-RMZ706052N873

Maximum     A     Low

EMR:EMR:031A,2B:01

DESTINATION:                                   DAY: 4/23/2020

AT:
8:00:00
AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Pender

DESTINATION SIGNATURE: _____     TIME: __:__

DESTINATION SIGNATURE: _____     TIME: __:__

CELL HOUSE SIGNATURE: _____     TIME: __:__

EXIT SIGNATURE: _____     TIME: __:__

RETURN SIGNATURE: _____     TIME: __:__

*(handwritten)* I Did not go

CHSCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 52
RUN DATE: 4/27/2020
RUN TIME: 5:26:26 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

Offender 160

IDOC: Y35204 GRIFFEN, RORY          Minimum    A    Low

PRIMARY: DIETARY DEPT., AFRKER-BMR[7060520P7]          BMR:BMR:03:A.29.01

DESTINATION:          DAY: 4/28/2020          AT:
                                              8:00:00
                                              AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Ponder

CELL MOVES SIGNATURE: _____          TIME: __:__
DESTINATION SIGNATURE: _____          TIME: __:__
EXIT SIGNATURE: _____          TIME: __:__
RETURN SIGNATURE: _____          TIME: __:__

I Did Not go

DPRT0101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 37
EOR DATE: 4/29/2020
RUN TIME: 5:06:17 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

PRIMARY: DIETARY DEPT.,WORKER-RMN706052007J

IDOC: Y35204 GRIFFIN,KORY                 Minimum      A     Low

EOR.EHGR.U33.A.28.01

DESTINATION:                              DAY: 4/30/2020

PASS TYPE: HEALTH CARE UNIT                          AT:
                                                     8:00:00
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY    AM

AUTHORIZED: Tatyn Pender

CELL HOUSE SIGNATURE: _____        TIME: ___:___

DESTINATION SIGNATURE: _____       TIME: ___:___

EXIT SIGNATURE: _____              TIME: ___:___

RETURN SIGNATURE: _____            TIME: ___:___

CHP0101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 57
RUN DATE: 5/6/2020
RUN TIME: 4:23:46 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN,RORY                    Minimum    A    Low        SMR:RM8:03:A:28:01

PRIMARY DIETARY DEPT., WORKER-PM@706G520873

DESTINATION:                          DAY: 5/7/2020        AT:
                                                           8:00:00
                                                           AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Pender                                   I Did Not Go

CELL HOUSE SIGNATURE:                          TIME: ____ : ____

DESTINATION SIGNATURE:                         TIME: ____ : ____

EXIT SIGNATURE:                                TIME: ____ : ____

RETURN SIGNATURE:                              TIME: ____ : ____

OENCP4101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 63
RCN DATE: 5/11/2020
RUN TIME: 5:04:28 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS
OFFENDER CALL PASS ISSUED
Offender 160

IDOC: Y35284 GRIFFIN,RORY        Minimum     A     Low        BED:BMH:01:A:28:01:U1
PRIMARY: DIETARY DEPT., MOUNDS-RMT0860020873

DESTINATION:
DAY: 5/12/2020        AT: 81:00:00 AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Pender

CELL HOUSE SIGNATURE: _____   TIME: _____
DESTINATION SIGNATURE: _____   TIME: _____
EXIT SIGNATURE: _____   TIME: _____
RETURN SIGNATURE: _____   TIME: _____

I Did not go

Rory Griffin

13

CHKPU01

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 53
RUN DATE: 5/13/2020
RUN TIME: 5:28:12 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN,RONY
PRIMARY: DIETARY DEPT. ,NUMBER-BHE706052M873

Minimum    A    Low

EMER:BHR:033.A:28:01

DESTINATION:

DAY: 5/14/2020

AT:
8:00:00
AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Tatyu Member

I Did Not Go

CELL NUMBER SIGNATURE: _____    TIME: __:__
DESTINATION SIGNATURE: _____    TIME: __:__
EXIT SIGNATURE: _____    TIME: __:__
RETURN SIGNATURE: _____    TIME: __:__

CSRCT0101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 340
PRINTED SCREEN CALL PASS

PAGE: 98
RUN DATE: 5/18/2020
RUN TIME: 5:45:25 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CMS
OFFENDER CALL PASS ISSUED

IDOC: Y35264 GRIFFIN,RORY            Minimum   A   Low
PRIMARY: DIETARY DEPT . WORKEP-PM8790R528873          BXR:BMR:031A:28:U1

DESTINATION:                      DAY: 5/19/2020      AT:
                                                      8:00:00
                                                      AM
PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY-MANDATORY
AUTHORIZED: Kathy Horton

CELL HOUSE SIGNATURE: _____   TIME: __:__
DESTINATION SIGNATURE: _____  TITLE: _____
EXIT SIGNATURE: _____         TIME: __:__
RETURN SIGNATURE: _____       TIME: __:__

*I Did not go*

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 53
RUN DATE: 5/20/2020
RUN TIME: 4:58:03 PM

OFFENDER CALL PASS ISSUED

PRIMARY DIETARY DEPT. , MENREN-EMS7060526873

IDOC: Y35204 GRIFFIN,EDDY

Minimum        A    Low

EMS.EMR.601A.28:01

DAY: 5/21/2020

AT:
8:00:00
AM

I Did not go

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY-MANDATORY

AUTHORIZED: Kathy Horton

DESTINATION:

CELL HOUSE SIGNATURE:                    TIME:

DESTINATION SIGNATURE:                   TIME:

EXIT SIGNATURE:                          TIME:

RETURN SIGNATURE:

CSMCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
PrtPsys SCHED. CALL PASS

PAGE: 56

RUN DATE: 5/25/2020

RUN TIME: 4:43:38 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: Y35264 GRIFFIN, RORY                    Minimum    A    Low

PRIMARY: DIETARY DEPT. , NORMGR-HMO706020873                        EMSC:EMSC.03.A.28.01

DESTINATION:                          DAY: 5/26/2020     AT:
                                                         8:00:00
                                                         AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Pender

CELL HOUSE SIGNATURE: _____  TIME: ___:___

DESTINATION SIGNATURE: _____  TIME: ___:___

EXIT SIGNATURE: _____  TIME: ___:___

RETURN SIGNATURE: _____  TIME: ___:___

CSRCP3101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS
Offender 349

PAGE: 50
RUN DATE: 5/27/2020
RUN TIME: 4:43:35 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN, KORY                    Minimum    A    Low

PRIMARY: DIETARY DEPT. , NORMZXX-RMN706012E973                    ZMN:ZMNZ601A.28|01

DESTINATION:                     DAY: 5/28/2020        AT:
                                                       8:00:00
                                                       AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Remder

DESTINATION:                                      TIME:  __:__
CELL HOUSE MOTION                                 TIME:  __:__
DESTINATION SIGNATURE:                            TIME:  __:__
Offender 349
EXIT SIGNATURE:                                   TIME:  __:__
RETURN SIGNATURE:                                 TIME:  __:__

OBSCV0101

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender A60
PRINTED OIMED: CELL PASS

PAGE: 75
RUN DATE: 6/1/2020
RUN TIME: 5:14:19 PM

ILLINOIS DEPARTMENT OF CORRECTIONS

OFFENDER CALL PASS ISSUED

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

IDOC: Y53206 GRIFFIN, RORY          Minimum    A    Low

PRIMARY: DIETARY LEFT . WORKER-NN4706/620873          NN4-NFWX(01S:A:28:01

DESTINATION:                    DATE: 6/2/2020    AT: 8:00:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY - MANDATORY

AUTHORIZED: Kendra Carganella    I Did not go

DESTINATION:                              TIME: _ : _

DESTINATION SIGNATURE: _____         TIME: _ : _

EXIT SIGNATURE: _____                TIME: _ : _

CELL HOUSE SIGNATURE: _____          TIME: _ : _

RETURN SIGNATURE: _____              TIME: _ : _

CHKFO1R01

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 43
RUN DATE: 6/3/2020
RUN TIME: 5:30:25 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN,RORY

Minimum    A    Low

BNR:BNR.053:A.28:U1

PRIMARY: DIETARY DEPT. , WORKER-BNK706050873

DESTINATION:

DAY: 6/4/2020    AT: 8:00:00 AM

I Did not go

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY - MANDATORY

AUTHORIZED: Kendra Carpenella

CELL HOUSE SIGNATURE: _____    TIME: ___:___
DESTINATION SIGNATURE: _____    TIME: ___:___
EXIT SIGNATURE: _____    TIME: ___:___
RETURN SIGNATURE: _____    TIME: ___:___

OEBCP101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 52
RUN DATE: 6/8/2020
RUN TIME: 5:14:35 PM

Offender 360

OFFENDER CALL PASS ISSUED

PRIMARY: DIETARY DEPT. , WORKER-BMP/060520673        Minimum     A    Low        ENR-ENR-D3-A-26-U1

IDOC: Y35206 GRIFFIN,RORY

PASS TYPE: HEALTH CARE UNIT        DATE: 6/9/2020        AT: 8:00:00 AM
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Fender

DESTINATION:

CELL HOUSE SIGNATURE: _____        TIME: __:__
DESTINATION SIGNATURE: _____        TIME: __:__
EXIT SIGNATURE: _____        TIME: __:__
RETURN SIGNATURE: _____        TIME: __:__

CHKPD31

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

ILLINOIS DEPARTMENT OF CORRECTIONS - CMS
OFFENDER CALL PASS ISSUED

Offender 360

PAGE: 50
RUN DATE: 6/10/2020
RUN TIME: 5:24:49 PM

IDOC: Y35204 GRIFFIN,KORY
PRIMARY DIETARY DEPT. , NUMBER=BMU:0660:20873

Minimum          A   Low

BMU:BMU:03:A:28:U1

DESTINATION:

DAY: 6/11/2020

AT:
8:00:00
AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Tarym Pandey

CELL HOUSE SIGNATURE:                    TIME: __:__
DESTINATION SIGNATURE:                   TIME: __:__
EXIT SIGNATURE:                          TIME: __:__
RETURN SIGNATURE:                        TIME: __:__

I DID NOT GO

[handwritten initials]

ILBCP101I

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender XXX
PRINTED SCHED. CALL PASS

PAGE: 75
RUN DATE: 6/15/2020
RUN TIME: 4:57:59 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - OTS

OFFENDER CALL PASS ISSUED

INMT: Y35264 GRIFFIN, TONY                    Building:    A    Low

PRIMARY DIETARY DEPT. . (OTHER-RMR706020287)

                                                                        ERM.RMR:03:A:28:01

                                            DATE: 6/16/2020    AT:
                                                             8:00:00
                                                               AM

DESTINATION:

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY - PTA - MAINDUTY

AUTHORIZED: Kandra Chepamolis

CELL HOUSE SIGNATURE: _____    TIME: __:__

DESTINATION SIGNATURE: _____   TIME: __:__

DESTINATION SIGNATURE: _____   TIME: __:__

EXIT SIGNATURE: _____          TIME: __:__

RETURN SIGNATURE: _____        TIME: __:__

CHRCAT01

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender 360
PRINTED SCHED. CALL PASS

PAGE: 65
RUN DATE: 6/17/2020
RUN TIME: 5.13.33 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CMS

OFFENDER CALL PASS ISSUED

IDOC: Y35204 GRIFFIN, KORY                          Minimum     A     Low
PRIMARY UNASSIGNED , PARTICIPANT-BMR:10010009                              BMR BMR:01A.28:01

DESTINATION:                        DAY: 6/18/2020      AT:
                                                        8:00:00
                                                        AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY - PTH- MANDATORY
AUTHORIZED: Kendra Czepiel4.11

CELL HOUSE SIGNATURE: _____   TIME: ___:___
DESTINATION SIGNATURE: _____  TIME: ___:___
                                         TIME: ___:___
EXIT SIGNATURE: _____         TIME: ___:___
RETURN SIGNATURE: _____       TIME: ___:___

DEPT901

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender ID 
PRINTED SCHED: CALL PASS

PAGE: #2
RUN DATE: 6/22/2020
RUN TIME: 5:02:58 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - CTS

OFFENDER CALL PASS ISSUED

RPRLPRGR:CO.LPL.28:U
1

IDOC: Y35204  GRIFFIN,RONY                    Minimum        A        Low

PRIMARY: UNASSIGNED , PARTICIPANT-BMHP21O10009

DAY: 6/23/2020        AT: 8:00:00 AM

PASS TYPE: HEALTH CARE UNIT

COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY

AUTHORIZED: Taryn Pender

DESTINATION:

DESTINATION: _____    TIME: __:__
DESTINATION: _____    TIME: __:__
EXIT SIGNATURE: _____    TIME: __:__
RETURN SIGNATURE: _____    TIME: __:__

CELL HOUSE SIGNATURE: _____    TIME: __:__

DSRP0101

ILLINOIS DEPARTMENT OF CORRECTIONS
PRINTED SCHED. CALL PASS

PAGE: 58
RUN DATE: 6/24/2020
RUN TIME: 5:02:14 PM

ILLINOIS DEPARTMENT OF CORRECTIONS - DTS
OFFENDER CALL PASS ISSUED
(Offender )&G
PRINTED SCHED. CALL PASS

PRIMARY: UNASSIGNED , PARTICIPANT-EMG?1001001/9

IDOC: Y35204 GRIFFIN, KORY            Minimum   A   Low          BMK:BMK:03.A.28:01

DESTINATION:                          DAY: 6/23/2020   AT:
                                                       8:00:00
                                                       AM

PASS TYPE: HEALTH CARE UNIT
COMMENTS: PHYSICAL THERAPY IN HEALTHCARE UNIT - MANDATORY
AUTHORIZED: Taryn Vender

CELL HOUSE SIGNATURE: _____     TIME: __:__
DESTINATION SIGNATURE: _____    TIME: __:__
EXIT SIGNATURE: _____           TIME: __:__
RETURN SIGNATURE: _____         TIME: __:__

— LAW OFFICES —
# KENNETH N. FLAXMAN P.C.

March 30, 2021

Rory Griffin
Y35204
251 N. Illinois Highway 37
Ina, IL 62846

*re: Your Letter*

Thank you for contacting the law firm of Kenneth N. Flaxman P.C. about a potential case. We apologize for the delay in responding to your letter.

We cannot represent you. This is not because of any judgment we have made about the merits of your claim. We have not investigated your case and are expressing no opinion as to its merits or the likelihood of whether you would prevail. Rather, we have decided to decline the representation because we are overloaded with other matters.

If you decide to ask a court to recruit a lawyer for you, you may submit this letter to the court to demonstrate that you have tried to get a lawyer yourself.

Again, we will not be representing you, and we will not take any action on your behalf.

Sincerely,

Kenneth N. Flaxman P.C.

Kenneth N. Flaxman   (312) 253-7189   knf@kenlaw.com      Joel A. Flaxman   (312) 253-7207   jaf@kenlaw.com

200 South Michigan Ave, Suite 201, Chicago, Illinois 60604 • T:(312) 427-3200 • F:(312) 427-3930 • www.kenlaw.com

# BARACK FERRAZZANO

Barack Ferrazzano Kirschbaum & Nagelberg LLP

Carrie H. Sear  |  T. 312.629.7485  |  carrie.sear@bfkn.com

April 1, 2021

**LEGAL MAIL – PRIVILEGED
AND CONFIDENTIAL**

<u>VIA FIRST CLASS MAIL</u>

Rory A. Griffin
Big Muddy Correctional Center # Y35204
251 N. Illinois Highway 37
Ina, IL 62846

Dear Rory:

We hope you are doing well.

We received your letter regarding a case you have involving medical indifference and IDOC. Unfortunately, our representation of you ended with the prior case, and we cannot represent you in a new case unless appointed by the Court. We hope you are able to get the medical treatment you need.

Please contact us should you have any questions or concerns.

Sincerely,

Carrie Sear

cc:    Scott Porterfield



FOREVER
USA

Barn Swallow

Rory Griffin 185804
Big Muddy River CC
251 N. Illinois Highway 37
INA, IL 62846

MR. Kenneth U. Flaxman
200 South Michigan Ave Suite 201
Chicago, Illinois 60604-2487



FOREVER
USA

Barn Swallow

MR. Mark E. Wilson,
203 North LaSalle Street
Snit 2100 Chicago, Illiockol

Barry Griffin 925364
Big Muddy River C.C. 251 N.
Illinois Highway 37 Ina, IL 62846

iFFiN Y35204
1 River C C
Illinois Highway 37
L 62846


FOREVER
USA
Barn Swallow

MR. Thomas G. Morrissey,
10150 South Western Avenue
Chicago, Illinois 60643

Riffin Y35204
4 River CC 251 N. Illinois
37, INA, IL 62846



FOREVER
USA

Barn Swallow

BARACK FERRAZZANO
200 West Madison street
Suite 3900 Chicago IL 60606-
34165

US POSTAGE ≫ PITNEY BOWES

ZIP 60606  $ 000.51⁰
02 4W
0000336061 APR 01 21

S SUBURBAN IL 60

LEGAL MAIL - PRIVLEGED

# CONFIDENTIAL

ֈֈ֏ֈ֍ֈ֎ֈֈ֍֍ֈֈ֎֍֍ֈ֎ֈ֍ֈֈֈֈ֍֍ֈ֍֍ֈ֍ֈֈ֎֍֍ֈֈֈ֍֍ֈ֎ֈֈ

62845-241951

# Barack Ferrazzano

Barack Ferrazzano Kirschbaum & Nagelberg LLP

200 West Madison Street, Suite 3900  |  Chicago, Illinois 60606

4A73

Rory A. Griffin
Big Muddy Correctional Center #Y35204
251 N. Illinois Highway 37
Ina, IL 62846

CAROL STREAM IL 601

31 MAR 2021 PM 9 L

4A73

Rory Griffin
Y35204
251 N. Illinois Highway 37
Ina, IL 62846

62846--241951

Kenneth N. Flaxman P.C.
200 S Michigan Ave Ste 201
Chicago IL 60604

UNIDENTIFIED AS LEGAL MAIL
OPENED BY MAILROOM STAFF

PRIVILEGED
LEGAL MAIL

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Rory A. Griffin (#2014-1217015), | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 1980 |
| | ) | |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| Sheriff Thomas Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The court directs the Clerk to reopen this case. The court requests that Mark E. Wilson / FisherBroyles, LLP / 203 N. LaSalle Street, Suite 2100 / Chicago, Illinois 60601 / (312) 498-8078 / mark.wilson@fisherbroyles.com represent Plaintiff in accordance with counsel's trial bar commitment under Local Rule 83.37 (N.D. Ill.). The complaint on file is dismissed without prejudice to Plaintiff's counsel filing an amended complaint by September 5, 2018, assuming counsel can do so consistent with his obligations under Rule 11 of the Federal Rules of Civil Procedure.

As recruited counsel, Mr. Wilson falls within the class of users listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States, therefore, Mr. Wilson shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court for the above-captioned case and *Griffin v. Dart*, Case No. 17 CV 2463 (N.D. Ill.) only. Attorney Wilson is directed to open a separate PACER account to only be used for these cases, and fees are exempt for these cases only. Mr. Wilson is not exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. This exemption is valid immediately and for the duration of the attorney's participation in the matter, but may be revoked at the discretion of the court at any time. Attorney Wilson shall contact the PACER Service Center at 1-800-676 6856 or via the link below to create the new PACER account and to make any necessary arrangements for the waiver. A copy of this order shall be sent to the PACER Service Center at http:// www.pacer.psc.uscourts.gov/register.html. A copy of this order shall also be sent to the Systems Department of the Northern District of Illinois.

### STATEMENT

Plaintiff Rory Griffin, an inmate in the custody of the Cook County Department of Corrections, brings this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims that Defendants, correctional officials, violated Plaintiff's constitutional rights by acting with deliberate indifference to his safety and medical needs. Plaintiff alleges that officers watched without intervening when a fellow detainee attacked Plaintiff, and then denied him access to needed medical care.

In an order dated May 1, 2018, the court dismissed this case due to Plaintiff's failure to respond to its show cause order. Plaintiff has now written to the court. Because his letter was submitted more than 28 days after dismissal, the court construes the July 6, 2018 letter as a

motion for relief from judgment, and grants it.  Plaintiff has explained that he is completely illiterate, that correctional staff has refused to assist him, and that he relied on fellow inmates to draft the letter and all pleadings in this case.  Accordingly, the court finds that Plaintiff is entitled to relief pursuant to FED. R. CIV. P. 6(b)(1).   The court directs the Clerk to reopen the case.

Due to Plaintiff's professed inability to read or write, the court on its own motion requests that Mark E. Wilson / FisherBroyles, LLP / 203 N. LaSalle Street, Suite 2100 / Chicago, Illinois 60601 / (312) 498-8078 / mark.wilson@fisherbroyles.com represent Plaintiff in accordance with counsel's trial bar commitment under Local Rule 83.37 (N.D. Ill.).

After investigation, counsel should file an amended complaint by the above deadline.  If counsel is unable to file an amended complaint consistent with his obligations under Rule 11 of the Federal Rules of Civil Procedure, he should so inform the court.  The court encourages counsel to visit the Northern District's *Pro Bono* web page at http://www.ilnd.uscourts.gov/Pages.aspx?page=ProBono (case sensitive) for various resources related to *pro bono* representation.

ENTER:

Date:   July 18, 2018

_____

REBECCA R. PALLMEYER
United States District Judge

[2]

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: GRIFFIN, RORY
Patient Type:   Visit CHS
Birth Date:  5/8/1961
Gender:  Male

Admission Date:   12/17/2014
Discharge Date:
FIN: 20141217015

MRN: 005029724c, 00524092z

CMRN: 1007013085

---

## Mental Health CHS

Endorsed compliance. Denied side effects..

### Histories
#### Allergies:
Allergic Reactions (Selected)
   No Known Allergies
#### Current Medications. (Selected)
Inpatient Medications
  *Ordered*
    Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 4 hr kop, PRN
     For Shortness of Breath, Routine, 04/25/16 10:22:00, 26 WEEK, 10/24/16 10:21:00
    beclomethasone 40 mcg/inh inhalation aerosol: 2 PUFF, Inhalation, Inhalation, Q 12 hr kop, Routine, 04/25/16
     21:00:00, 12 WEEK, 07/18/16 20:59:00
    benzoyl peroxide 5% topical gel: 1 APP, Gel, Topical, Daily, Application Site: Face, 04/26/16 9:00:00, 12 WEEK,
     07/19/16 8:59:00
    clindamycin 1% topical swab: 1 SWAB, Swab, Topical, BID, Application Site: Face, 04/25/16 17:00:00, 12
     WEEK, 07/18/16 16:59:00
    doxycycline: 100 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 03/23/16 21:00:00, 12 WEEK, 06/15/16 20:59:00
    flunisolide 25 mcg/inh nasal spray: 2 SPRAY, Spray, Nostril, Both, Q 12 Hr, Routine, 04/25/16 21:00:00, 12
     WEEK, 07/18/16 20:59:00
    folic acid: 1 MG, 1 TAB, Tab, PO, Daily, Routine, 04/26/16 9:00:00, 12 WEEK, 07/19/16 8:59:00
    gabapentin: 400 MG, 1 CAP, Cap, PO, Q 12 Hr, Routine, 04/25/16 21:00:00, 12 WEEK, 07/18/16 20:59:00
    hydroxychloroquine: 200 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 04/25/16 21:00:00, 12 WEEK, 07/18/16
     20:59:00
    latanoprost 0.005% ophthalmic solution: Opth Gtts, Conj. Sac, Both, Bedtime kop, Instruction to Nursing: refill
     prn, Routine, 04/25/16 21:00:00, 16 WEEK, 08/15/16 20:59:00
    methocarbamol: 750 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 04/25/16 21:00:00, 12 WEEK, 07/18/16 20:59:00
    methotrexate: 20 MG, 8 TAB, Tab, PO, Q Friday, Routine, 04/29/16 9:00:00, 12 WEEK, 07/22/16 8:59:00
    predniSONE: 5 MG, 1 TAB, Tab, PO, Daily, Routine, 04/26/16 9:00:00, 12 WEEK, 07/19/16 8:59:00
    ranitidine: 150 MG, 1 TAB, Tab, PO, Q 12 Hr, Routine, 04/25/16 21:00:00, 12 WEEK, 07/18/16 20:59:00
    sertraline: 150 MG, 3 TAB, Tab, PO, Daily, Routine, 02/10/16 9:00:00, 18 WEEK, 06/15/16 8:59:00
    traMADol: 100 MG, 2 TAB, Tab, PO, BID, PRN, For Other - See Instruction to Nursing, Instruction to Nursing:
     pain, Routine, 04/25/16 10:20:00, 12 WEEK, 07/18/16 10:19:00
    traZODone: 200 MG, 2 TAB, Tab, PO, Bedtime, Routine, 02/09/16 21:00:00, 18 WEEK, 06/14/16 20:59:00
Prescriptions
  *Prescribed*
    Plaquenil 200 mg oral tablet: 200 MG = 1 TAB, PO, BID, # 120 TAB, 6 Refill(s), 02/08/16 10:03:57,
     \\cchhspserver\SH2CLINI2226P2
    folic acid 1 mg oral tablet: 1 MG = 1 TAB, PO, Daily, # 60 TAB, 6 Refill(s), 02/08/16 10:03:54
     \\cchhspserver\SH2CLINI2226P2
    gabapentin 400 mg oral capsule: 400 MG = 1 CAP, PO, BID, # 120 CAP, 3 Refill(s), 03/01/16 9:58:07,
     rxsh1pain1242p

---

Report Request ID:  66137704

Facility:  CHS
Location:  083H: D6: 19

CONFIDENTIAL: If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

CCSAO-GRIFFIN000693

Exh 8 # 1

Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 1000
Ina, IL  62846



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

FASTING: Y

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| GRIFFIN, RORY Y35204 | A242-35204 | 05/08/1961 | M | Final | D242 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 08/06/2019 02:30 | 08/06/2019 23:30 | 08/07/2019 12:01 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A242.5607 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| | <150 | | NORMAL | |
| | 150-199 | | BORDERLINE HIGH | |
| | 200-499 | | HIGH | |
| | >499 | | VERY HIGH | |

-------------------------------------------------------

Triglyceride measurement must be performed on a specimen
obtained from a fasting individual.

| HDL | 34 L | MG/DL | >40 |
|---|---|---|---|

(NOTE)

-------------------------------------------------------

HDL <40 mg/dl is low and constitutes a coronary
          heart disease risk factor.
HDL >59 mg/dl is a negative risk factor for
          coronary heart disease.

-------------------------------------------------------

| LDL, CALCULATED | 52 | MG/DL | <130 |
|---|---|---|---|

(NOTE)

-------------------------------------------------------

LDL, Calculated(mg/dl):

| | <100 | | OPTIMAL |
|---|---|---|---|
| | 100-129 | | NEAR OPTIMAL |
| | 130-159 | | BORDERLINE HIGH |
| | 160-189 | | HIGH |
| | >189 | | VERY HIGH |

-------------------------------------------------------

LDL cannot be calculated when triglycerides are >400
mg/dL.The UIMCC Core Laboratory also offers direct
measurement of LDL which may be ordered separately
(LDL Cholesterol, Direct).

-------------------------------------------------------

RISK CATEGORY          LDL GOAL(mg/dl)
  CHD or CHD risk equivalent[1]      <100
  Multiple (2+) risk factors[2]      <130
  Zero to one risk factor            <160
[1]CHD risk equivalents include diabetes, other forms of
   atherosclerotic disease and/or multiple risk factors
   that confer a 10-year risk for CHD >20%.
[2]Major Risk Factors:
  +1  Cigarette smoking
  +1  Hypertension(BP > or =140/90 mmHg or on

Continued on the next page
GRIFFIN, RORY Y35204                    08/07/2019 12:01                    D242

Exhibit

88

Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 1000
Ina, IL  62846



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System

Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877)FOR-LABS
Fredrick Behm, M.D., Director

**FASTING: Y**

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| GRIFFIN, RORY Y35204 | A242-35204 | 05/08/1961 | M | Final | D242 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 08/06/2019 02:30 | 08/06/2019 23:30 | 08/07/2019 12:01 | 3 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A242.5607 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| | antihypertensive meds) | | | |
| +1 | Low HDL cholesterol (<40 mg/dL) | | | |
| +1 | Family history of premature CHD | | | |
| +1 | Age: men 45 years and older | | | |
| | women 55 years and older | | | |
| -1 | High HDL cholesterol (60 mg/dl or greater) | | | |
| | ------------------------------------------------- | | | |
| TSH | 2.65 | | MCIU/ML | 0.35-4.0 |
| URINALYSIS | | | | |
| URINE COLOR | YELLOW | | | |
| URINE CLARITY | CLEAR | | | |
| URINE SP GRAV | 1.015 | | | 1.003-1.035 |
| URINE PH | 6.0 | | | 5.0-8.0 |
| URINE PROTEIN | NEGATIVE | | MG/DL | NEG |
| URINE GLUCOSE | NEGATIVE | | MG/DL | NEG |
| URINE KETONES | NEGATIVE | | MG/DL | NEG |
| URINE BILIRUB | NEGATIVE | | | NEG |
| NITRITE | NEGATIVE | | | NEG |
| UROBILINOGEN | NEGATIVE | | EU/DL | 0.1-1.9 |
| URINE BLOOD | NEGATIVE | | | NEG |
| LEUK ESTERASE | NEGATIVE | | | NEG |

End of Report

GRIFFIN, RORY Y35204                    08/07/2019 12:01                                        D242

Exhibit

Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 1000
Ina, IL 62846



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

FASTING: Y

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| GRIFFIN, RORY Y35204 | A242-35204 | 05/08/1961 | M | Final | D242 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 11/26/2019 02:30 | 11/26/2019 23:30 | 11/27/2019 10:01 | 1 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A242.7614 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Result Out of Range | Units | Reference Range |
|---|---|---|---|---|
| COMP METABOLIC PANEL | | | | |
| BLOOD UREA NITROGEN | 9 | | MG/DL | 6-20 |
| SODIUM | 142 | | MMOL/L | 135-145 |
| POTASSIUM | 4.3 | | MMOL/L | 3.5-5.2 |
| CHLORIDE | 105 | | MMOL/L | 98-108 |
| GLUCOSE | 79 | | MG/DL | 65-110 |
| CREATININE | 1.10 | | MG/DL | 0.50-1.50 |
| CALCIUM | 9.3 | | MG/DL | 8.6-10.6 |
| TOTAL PROTEIN | 7.4 | | G/DL | 6.0-8.0 |
| ALBUMIN | 4.1 | | GM/DL | 3.4-5.0 |
| BILIRUBIN,TOTAL | 0.4 | | MG/DL | 0-1.2 |
| ALK PHOS | 100 | | U/L | 40-125 |
| AST | 33 | | U/L | 10-40 |
| CO2 CONTENT | 29 | | MMOL/L | 24-32 |
| ANION GAP | 8 | | MMOL/L | 3-11 |
| ALT | 45 | | U/L | 7-50 |
| BUN/CREAT RATIO | | 8.2 L | | 12-20 |
| HB A1C | | 6.5 H | % | <5.7 |

    (NOTE)
Normal:        <5.7%
Prediabetes:   5.7-6.4%
Diabetes:      >=6.5%
The reference interval and criteria for diagnosing diabetes are based
on the recommendations by American Diabetes Association (Standards of
Medical Care in Diabetes-2017, Diabetes Care, Volume 40, Supplement
1, 2017).

| LIPIDS | | | | |
|---|---|---|---|---|
| CHOLESTEROL | 144 | | MG/DL | <200 |

    (NOTE)
-------------------------------------------------
Cholesterol(mg/dl):
        <200          DESIRABLE
        200-239       BORDERLINE HIGH
        >239          HIGH
-------------------------------------------------

| TRIGLYCERIDE | | 151 H | MG/DL | <150 |
|---|---|---|---|---|

    (NOTE)

Continued on the next page
GRIFFIN, RORY Y35204                    11/27/2019 10:01

*Q112719*                    D242

*Exhibit*

Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 1000
Ina, IL  62846



**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

FASTING: Y

| PATIENT NAME | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|
| GRIFFIN, RORY Y35204 | A242-35204 | 05/08/1961 | M | Final | D242 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 11/26/2019 02:30 | 11/26/2019 23:30 | 11/27/2019 10:01 | 2 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A242.7614 | | |

COMMENTS:

|  | Result | | | |
|---|---|---|---|---|
| Diagnostic Procedure | In Range | Out of Range | Units | Reference Range |

```
                    -------------------------------------------
                    Triglycerides (mg/dl):
                            <150            NORMAL
                            150-199         BORDERLINE HIGH
                            200-499         HIGH
                            >499            VERY HIGH
                    -------------------------------------------
                    Triglyceride measurement must be performed on a specimen
                    obtained from a fasting individual.
```

HDL                                         32 L        MG/DL        >40

```
                    (NOTE)
                    -------------------------------------------
                    HDL <40 mg/dl is low and constitutes a coronary
                         heart disease risk factor.
                    HDL >59 mg/dl is a negative risk factor for
                         coronary heart disease.
                    -------------------------------------------
```

LDL, CALCULATED            82                           MG/DL        <130

```
                    (NOTE)
                    -------------------------------------------
                    LDL, Calculated(mg/dl):
                            <100            OPTIMAL
                            100-129         NEAR OPTIMAL
                            130-159         BORDERLINE HIGH
                            160-189         HIGH
                            >189            VERY HIGH
                    -------------------------------------------
                    LDL cannot be calculated when triglycerides are >400
                    mg/dL.The UIMCC Core Laboratory also offers direct
                    measurement of LDL which may be ordered separately
                    (LDL Cholesterol, Direct).
                    -------------------------------------------
                    RISK CATEGORY              LDL GOAL(mg/dl)
                       CHD or CHD risk equivalent[1]   <100
                       Multiple (2+) risk factors[2]   <130
                       Zero to one risk factor         <160
                    [1]CHD risk equivalents include diabetes, other forms of
                       atherosclerotic disease and/or multiple risk factors
                       that confer a 10-year risk for CHD >20%.
                    [2]Major Risk Factors:
```

Continued on the next page
GRIFFIN, RORY Y35204                 11/27/2019 10:01

D242

Exhibit 4



Big Muddy River Correctional Center
251 N. Illinois Highway 37
P.O. Box 1000
Ina, IL 62846

**UNIVERSITY OF ILLINOIS**
Hospital and Health Sciences System
Reference Laboratory

840 South Wood Street,
Room 170 (M/C 750)
Chicago, Illinois 60612
Ph# (877) FOR-LABS
Fredrick Behm, M.D., Director

FASTING: Y

| PATIENT NAME | | PATIENT ID | DOB | SEX | STATUS | DESTINATION |
|---|---|---|---|---|---|---|
| GRIFFIN, RORY Y35204 | | A242-35204 | 05/08/1961 | M | Final | D242 |

| PHYSICIAN | COLLECT DATE & TIME | DATE OF SERVICE | PRINTED ON | PAGE |
|---|---|---|---|---|
| LARSON, DENNIS P | 11/26/2019 02:30 | 11/26/2019 23:30 | 11/27/2019 10:01 | 3 |

| REQUISITION NO. | PT. LAB NO. | LAB REF NO. |
|---|---|---|
| A242.7614 | | |

COMMENTS:

| Diagnostic Procedure | Result In Range | Out of Range | Units | Reference Range |
|---|---|---|---|---|
| +1   Cigarette smoking | | | | |
| +1   Hypertension(BP > or =140/90 mmHg or on antihypertensive meds) | | | | |
| +1   Low HDL cholesterol (<40 mg/dL) | | | | |
| +1   Family history of premature CHD | | | | |
| +1   Age: men 45 years and older          women 55 years and older | | | | |
| -1   High HDL cholesterol (60 mg/dl or greater) | | | | |

----------------------------------------------------

End of Report

Exhibit

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Big Muddy River Correctional Center
251 N. Illinois Highway 37 • Ina, IL 62846-1000 • (618) 437-5300 TDD: (800) 526-0844

## MEDICAL PERMIT

Offender Name: _Griffin Roy_   Offender Number: _Y 35204_
Housing Unit: _3A28_

| ☑ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☑ **Low Bunk** - Per Physician/PA/NP orders the above named offender to have
☑ **Low Gallery** - A low bunk and/or low gallery due to his medical conditions.
           See Start Date below.

| ☐ Medical | ☐ State Boots |
| ☐ Cane    ☐ Walker | ☐ Special Shoes: _____ |
| ☐ Orthopedic   ☐ Slow Walk | |
| ☐ Crutches | ☐ Contacts |
| ☐ Other: _____ | |
| ☐ ADA Hard of Hearing | ☐ C-Pap Machine |
| ☐ Hearing Aids: RT: ____ LT: ____ | ☐ No Gym/Yard |
| ☐ Other ADA | ☐ Wheelchair: size: _____ |
| ☐ Other | ☐ Medical Gym |

Start Date: _8-26-19_                Expiration Date: _2-26-20_

Authorized By:

MD: _____   Date: _8 26 19_

PA/NP: _____   Date: _____

Distribution:   **Offender**
Cc:   ☐ Medical Records          ☐ Personal Property
        ☐ B of I                        ☐ Placement
        ☐ Clothing                    ☐ File

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

360
8-26-19
Am

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Big Muddy River Correctional Center
251 N. Illinois Highway 37 • Ina, IL 62846-1000 • (618) 437-5300 TDD: (800) 526-0844

### MEDICAL PERMIT

Offender Name: _Griffin Ray_   Offender Number: _435204_
Housing Unit: _3 A 28_

| | |
|---|---|
| ☐ New Order | ☐ Renewal |
| ☐ Change | ☐ Cancel |

☐ Low Bunk  -  Per Physician/PA/NP  orders the above named offender to have
☐ Low Gallery - A low bunk and/or low gallery due to his medical conditions.
See Start Date below.

| | |
|---|---|
| ☐ Medical | ☐ State Boots |
| ☐ Cane          ☐ Walker | ☐ Special Shoes: _____ |
| ☐ Orthopedic    ☐ Slow Walk | |
| ☐ Crutches | |
| ☐ Other:_____ | ☐ Contacts |
| ☐ ADA Hard of Hearing | ☐ C-Pap Machine |
| ☐ Hearing Aids: RT:____ LT:____ | ☐ No Gym/Yard |
| ☐ Other ADA | ☐ Wheelchair: size:_____ |
| ☐ Other _medically unassign_ | ☐ Medical Gym |

Start Date: _9/16/19_   Expiration Date: _12-16-19_

Authorized By:

MD: _____   Date: _9/16/19_

PA/NP: _____   Date: _____

Distribution:   **Offender**
Cc:          ☐ Medical Records
             ☐ B of I          ☐ Personal Property
             ☐ Clothing        ☐ Placement
                               ☐ File

---

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

_Exhibit_

_360
9-17-19
Apu_

*Soo Dated Kathy +*
*Laurie 10-31-19*

# Wexford Health
## RESOURCES INCORPORATED

# Wheelchair and Other Supplies Request

**INSTRUCTIONS:** *This form should be completed IN ITS ENTIRETY by the prescribing practitioner.*
- Submit the completed form to wexfordpurchasing@wexfordhealth.com.
- Wexford Health will forward approved requests to the facility prescribing Practitioner and Wexford Health purchasing to place order. All requests that are not approved will be returned to the facility Medical Director and to the prescribing practitioner. Wexford Health will review one (1) appeal of the decision.

## PRESCRIBING PRACTITIONER & PATIENT CONTACT INFORMATION

Prescribing practitioner name: LARSON

Patient name: Griffith Rory

Prescribing practitioner phone number: 435204

Prescribing practitioner FAX number: Burk

Patient ID (if Pandora): 

Facility: 

Facility Medical Director name: LARSON

Facility Medical Director's signature: 103019

Specialist name (if applicable): Dr Young

Specialist phone number: 

Area of specialty: Ortho

## WHEELCHAIR

Medical condition/diagnosis being treated: S/P Repair Torn (L) biceps Tendon

Patient height: 

Patient weight: 

Patient age: 

Wheelchair Size:  ☐ 18   ☐ 20   ☐ 22   ☐ 24

## OTHER SUPPLIES REQUESTED – PATIENT SPECIFIC

| | Equipment or Other Item Requested | Reason for Request | Size | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Compression Sleeve ONE | Size forearm circumference 32.5cm R/L | ☐ S | ☐ M | ☐ L | ☐ 1x | ☐ 2x | ☐ 3x | ☐ R | ☐ L |
| 2 | | | ☐ S | ☐ M | ☐ L | ☐ 1x | ☐ 2x | ☐ 3x | ☐ R | ☐ L |
| 3 | | | ☐ S | ☐ M | ☐ L | ☐ 1x | ☐ 2x | ☐ 3x | ☐ R | ☐ L |

## FOR WEXFORD HEALTH PITTSBURGH USE ONLY

☐ Approved  Duration: 

Reason for decision: 

☐ Need more information   ☐ Not Approved

Signature of reviewing practitioner: 

Date of decision: 

Name of reviewing practitioner (please print): 

## SITE APPEAL

☐ Appeal to Corporate Medical Director

Reason: 

## CORPORATE MEDICAL DIRECTOR APPEAL DECISION

☐ Approved   ☐ Not Approved

Reason for Decision: 

Corporate Medical Decision Signature: 

Date of decision: 

Certificate #: 

4/21/2017

Page

*Exhibit 4*

Sent to Kathy and
Laurie  11-7-19

# Wexford Health
SOURCES INCORPORATED

## Wheelchair and Other Supplies Request

INSTRUCTIONS: *This form should be completed IN ITS ENTIRETY by the prescribing practitioner*
- Submit the completed form to Medical Director [illegible]
- Wexford Health will forward approved requests to the facility prescribing Practitioner and Nursing Team [illegible]
- [illegible] will be returned to the Referring Medical Director [illegible]

### PRESCRIBING PRACTITIONER & PATIENT CONTACT INFORMATION

LARSON

Griffin  Rory                          Y35704            Barre

LPN/SW                                  Menard       10 3019

Dr Young                                            Dr Fo

### WHEELCHAIR

S1P  Repair  torn ① bicep tendon

☐ 18   ☐ 20   ☐ 22   ☐ 24

### OTHER SUPPLIES REQUESTED – PATIENT SPECIFIC

Compression Sleeve ① UE   ::   forearm circumference 32.5 cm

### LOCAL MEDICAL DIRECTOR SIGNATURE / DECISION

### SITE APPEAL

### CORPORATE MEDICAL DIRECTOR APPEAL DECISION

Exhibit

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

| | | |
|---|---|---|
| Griffin | Ron | ID# Y35204 |
| Last Name | First Name | MI |

Facility: BMRCC

| Date | 7-20-19 | 7-21-19 | 7-22-19 | 7-23-19 | 7-24-19 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |

| Pulse | 91 | 95 | 100 | 100  106 | 99 |
|---|---|---|---|---|---|
| Respiration | 16 | 16 | 16 | 16  16 | 16 |

| Blood Pressure (4 PM / 8 PM) | 135/89 | 145/87 | 156/106 | 136/84  130/106 | 140/90 |
|---|---|---|---|---|---|

| Weight / Height | | 197.2 | | | |
|---|---|---|---|---|---|

| Other: | 97⁸ | 98⁸ | 97⁸ | 95% | 97⁹ |
|---|---|---|---|---|---|

Distribution: Offender's Medical Record

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

Offender Information:

Last Name: Griffin   First Name: Rory   MI: ___   ID#: Y35204

Facility: BMRCC

| Date | 7-25-19 | 7-26-19 | 7-27-19 | 7-28-19 | 7-29-19 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |
| Hour | 4  8  12  4  8  12 | 4  8  12  4  8  12 | 4  8  12  4  8  12 | 4  8  12  4  8  12 | 4  8  12  4  8  12 |

Temperature 106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96

| Pulse | 95 | 95 | 96 | 76 | 93 |
| Respiration | 16 | 16 | 15 | 16 | 16 |

| Hours | 4 AM | | | | |
| | 8 AM | | | | |
| Blood | Noon | | | | |
| Pressure | 4 PM | | | | |
| | 8 PM | 153/86 | 155/96 | 138/86 | 138/76 | 146/90 |
| | Midnight | | | | |

| Weight | Height | | | | 199 | |
| Stools | Urine | | | | | |
| Bath:  C-P-T-S | | | | | |
| Oral Hygiene | | Self | S | S | |
| PM Care | | | | | |
| Diet | Reg | Reg | Reg | Reg | Reg |
| Ate     W   F   P | U3  W   W | W   W   W | W   W   W | U3  W   W | U3  W   W |
| Slept   W   F   P | | | | | |
| Activity | cutof | AS TOL | as tol | as tol | as tol |
| Bed Rest | / | Ø | S | S | S |
| Bed positioning | | Ø | S | S | |
| R.O.M. Exercises | | S | S | | S |
| Whirlpool | | Ø | | - | - |
| Transfers | | S | S | S | |
| Walk | S | Self | S | S | |
| Other: | 95% | | | 73 emer ap | 95% |
| | | 97% | 97% | 98% | |

| | 7-3 | ELLu | DKumman/Landstump | Landstump | RCh |
| Staff Name | 3-11 | M ann | DKumman | DKumman | DKumman | M ann |
| | 11-7 | Clagan | | Clagan | Clagan | ILLW |

Distribution:   Offender's Medical Record

Exhibit 4

DOC 0110 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**

Last Name: Griffin    First Name: Rory    MI: ____    ID#: Y35204

Facility: BMRCC

| Date | | 8-4-19 | | | | | 8-5-19 | | | | | 8-6-19 | | | | | 8-7-19 | | | | | 8-8-19 | | | |
|------|--|--------|--|--|--|--|--------|--|--|--|--|--------|--|--|--|--|--------|--|--|--|--|--------|--|--|--|
| Hosp Day/Po Day | | / | | | | | / | | | | | / | | | | | / | | | | | / | | | |
| Hour | | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

**Temperature** (106, 105, 104, 103, 102, 101, 100, 99, 98, 97, 96)

| Pulse | | | | | | | 94 | | | | | 96 | | | | | 89 | | | | | 83 | | | |
| Respiration | | 16 | | | | | 16 | | | | | 16 | | | | | 17 | | | | | 16 | | | |

| Hours | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 AM | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 AM | | | | | | | | | | | | | | | | | | | | | | | | | |
| Blood | Noon | | | | | | | | | | | | | | | | | | | | | | | | |
| Pressure | 4 PM | 138/89 | | | | | 150/93 | | | | | 150/90 | | | | | 142/94 | | | | | 150/92 | | | |
| | 8 PM | | | | | | | | | | | | | | | | | | | | | | | | |
| | Midnight | | | | | | | | | | | | | | | | | | | | | | | | |
| Weight | Height | 197.8 | | | | | | | | | | | | | | | | | | | | | | | |
| Stools | Urine | | | | | | | | | | | | | | | | | | | | | | | | |

| Bath: C-P-T-S | | S | | | | S | | | | S | | | | S | | | | | | | | | | | |
| Oral Hygiene | | | | | | | | | | | | | | | | | | | | | | | | | |
| PM Care | | | | | | | | | | | | | | | | | | | | | | | | | |
| Diet | | Reg | | | Reg | | | | | | | | | | | | | | | | | | | | |
| Ate | W F P | W | ω | W | W | | ω | W | | ω | W | | ω | W | | ω | |
| Slept | W F P | | | | | | | | | | | | | | | | | | | | | | | | |
| Activity | | as tol | | | as tol | | | as tol | | | as tol | | | a tol | | | | | | | | | | |
| Bed Rest | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bed positioning | | S | | | | S | | | | S | | | | S | | | | S | | | | | | | |
| R.O.M. Exercises | | | | | | | | | | | | | | | | | | | | | | | | | |
| Whirlpool | | S | | | | S | | | | S | | | | S | | | | S | | | | | | | |
| Transfers | | | | | | S | | | | | | | | | | | | | | | | | | | |
| Walk | | S | | | | S | | | | S | | | | S | | | | S | | | | | | | |
| Other: | | 97% | | | | 91% | | | | 95% | | | | 97% | | | | 97% | | | | | | | |

| Staff Name | 7-3 | | | | Ez Cr | | | | Landstromp | Ez Cr | | | |
| | 3-11 | M ang RN | | | | | | | | | | M Mam | | |
| | 11-7 | | | | | | | | | | | | | |

Distribution   Offender's Medical Record

Exhibit 4

DOC 0110 (Eff. 9/2002)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
## Graphic Flow Sheet

**Offender Information:**
Last Name: _Griffin_   First Name: _Rory_   MI: ___   ID#: _135284_
Facility: _Menard_

| Date | | 8·14·19 | | | | | | 8·15·19 | | | | | | 8·16·19 | | | | | | 8·17·19 | | | | | | 8·18·19 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hosp Day/Po Day | | | 1 | | | | | | 1 | | | | | | 1 | | | | | | 1 | | | | | | 1 | | | | | |
| Hour | | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 | 4 | 8 | 12 |

| Pulse | 83 | 77 | 95 | 84 |
|---|---|---|---|---|
| Respiration | 16 | 16 | 16 | 16 |

| | Hours | 4 AM | | | | |
|---|---|---|---|---|---|---|
| | | 8 AM | | | | |
| Blood Pressure | | Noon | | | | |
| | | 4 PM | | 138/74 | 130/94 | 121/84 |
| | | 8 PM | 145/82 | | | |
| | | Midnight | | | | |
| Weight | Height | | | | | 198 |
| Stools | Urine | | | | | |
| Bath: C-P-T-S | | ⟍ | ⟍ | ⟍ | ⟍ | |
| Oral Hygiene | | | | | | |
| PM Care | | | | | | |
| Diet | | Reg | Reg | Reg | Reg | Reg |
| Ate  W  F  P | | W  W | W  W | W  W | W  W | W  W |
| Slept  W  F  P | | W | W | W | W | W |
| | Activity | as tol | as tol | as tol | as tol | as tol |
| Bed Rest | | | | | | |
| Bed positioning | | ⟍ | ⟍ | ⟍ | ⟍ | ⟍ |
| R.O.M. Exercises | | ⟍ | ⟍ | ⟍ | ⟍ | ⟍ |
| Whirlpool | | | | | | |
| Transfers | | ⟍ | ⟍ | ⟍ | ⟍ | ⟍ |
| Walk | | | | | | |
| Other: | | 93% | 96% | 95% | 97% | 97% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Staff Name | 7-3 | | Landstrom | | | |
| | 3-11 | Mason | | | Mason | Mason |
| | 11-7 | | | | | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Infirmary Vital Sign
### Graphic Flow Sheet

**Offender Information:**

Last Name: Smith    First Name: Rony    MI:    ID#: Y35204

Facility: BMRCC

| Date | 8-24-19 | 8-25-19 | 8-26-19 | 8-27-19 | 8-28-19 |
|---|---|---|---|---|---|
| Hosp Day/Po Day | / | / | / | / | / |

| Pulse | 94 | 95 | | | |
| Respiration | 17 | 16 | | | |
| Blood Pressure 4 PM | 144/98 | 138/96 | | | |
| Weight / Height | | 201# | | | |

| | | | | | |
|---|---|---|---|---|---|
| Other: | 96% | 99% | | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0110 (Eff. 9/2002)
(Replaces DC 1705)

# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
814-629-1397 · Fax: 814-629-7644



| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Order PRN 4/12/2019 Discontinue 10/8/2019 Rx # 54337351 | ACETAMINOPHEN 325MG TAB LARSON, DENNIS SUB FOR: TYLENOL TAKE 2 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | 0800 1200 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/20/2019 Discontinue 2/14/2020 Rx # 55099964 | AMLODIPINE BES 10MG TAB LARSON, DENNIS SUB FOR: NORVASC TAKE 1 TABLET(S) BY MOUTH DAILY | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/20/2019 Discontinue 2/14/2020 Rx # 55099964 | ATORVASTATIN 40MG TAB LARSON, DENNIS SUB FOR: LIPITOR TAKE 1 TABLET(S) BY MOUTH EVERY EVENING | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order PRN 7/26/2019 Discontinue 2/20/2020 Rx # 55149880 | CALCIUM ANTACID 500MG CHW LARSON, DENNIS SUB FOR: TUMS CHEW 2 TABLET(S) BY MOUTH THREE TIMES A DAY AS NEEDED | 0800 1200 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/5/2019 Discontinue 3/30/2020 Rx # 55052856 | DULOXETINE 30MG CAP VAKAR, EMIL SUB FOR: CYMBALTA TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME | 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Original Order 7/20/2019 Discontinue 2/14/2020 Rx # 55099970 | FAMOTIDINE 20MG TAB LARSON, DENNIS SUB FOR: PEPCID TAKE 1 TABLET(S) BY MOUTH TWICE A DAY | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|
| | | | | | |

Date of Birth or Soc. Sec. No.
05/08/1961

Allergies
NO KNOWN DRUG ALLERGY

Charting for 09/01/2019 Through 09/30/2019

Diagnosis

Reorder From: MED-PASS® Form # 6182LHR (Rev. 08/13)

Location MUDDY CORR CTR

Inmate Name and Number
GRIFFIN, RORY, Y35204





# MEDICATION ADMINISTRATION RECORD

## BOSWELL PHARMACY SERVICES
**814-629-1397 • Fax: 814-629-7644**

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**EFFECTIVE**
Original Order
6/8/2019
Discontinue
10/5/2019
Rx #

**LATANOPROST (2.5ML) 0.005% EYE DRO**
SUB FOR: XALATAN        MONTGOMERY, ALAN
INSTILL 1 DROP(S) AT BEDTIME IN BOTH EYES "DOT"
HOUR: 2000

Original Order
7/20/2019
Discontinue
2/14/2020
Rx #

**METHOTREXATE 2.5MG TAB**
SUB FOR: RHEUMATREX        LARSON, DENNIS
TAKE 8 TABLETS BY MOUTH ONCE A WEEK
HOUR: 0800

Original Order
7/5/2019
Discontinue
3/30/2020
Rx #

**MIRTAZAPINE 30MG TAB**
SUB FOR: REMERON        VAKAR, EMIL
TAKE 1 TABLET(S) BY MOUTH AT BEDTIME
HOUR: 2000

Original Order
4/12/2019
Discontinue
10/8/2019
Rx #

**NASACORT ALLERGY (10.8ML) 55MCG SPR**
LARSON, DENNIS
PLACE 1 SPRAY(S) IN EACH NOSTRIL DAILY
HOUR: 0800

Original Order
8/5/2019
Discontinue
10/04/2019
Rx #

**OPCON-A (15ML)  DRO**
SUB FOR: NAPHCON-A        MONTGOMERY, ALAN
INSTILL 1 DROP(S) FOUR TIMES A DAY IN BOTH EYES
HOUR: 0800 / 1200 / 1600 / 2000

Original Order
7/20/2019
Discontinue
2/14/2020
Rx #

**VITAMIN B-12 500MCG TAB**
SUB FOR: CYANOCOBALAMIN        LARSON, DENNIS
TAKE 1 TABLET(S) BY MOUTH DAILY
HOUR: 0800



NO KNOWN DRUG ALLERGY
Allergies

| Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|

Date of Birth or Soc. Sec. No.  05/08/1961

Facility  J. MUDDY CORR. CTR.

Reorder From: MED-PASS® 800-438-8884

Charting for 09/01/2019   Through 09/30/2019

Diagnosis

Location  3A 28

Initial Name and Number  GRIFFIN, RORY Y35204

Form #  5415010  (Rev. 08/12)





MEDICATION ADMINISTRATION RECORD

**BOSWELL PHARMACY SERVICES**
814-629-1397 • Fax: 814-629-7644

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

LARSON, DENNIS

**PRN**
Original Order
7/20/2019
Discontinue
2/14/2020

XOPENEX HFA 45MCG AER
SUB FOR LEVALBUTEROL
INHALE 1-2 PUFF(S) BY MOUTH EVERY 6
HOURS AS NEEDED *RETURN EMPTY
CONTAINER* (#1/6MO)

Rx #

Original Order
8·28·19
Discontinue
1·28·20

Metformin 500mg PO
Daily

Original Order
9·4·19
Discontinue
1·4·20

Latanoprost 1gtt
OU HS
× 4 Months

Original Order
9·4·19
Discontinue
1·4·20

Brimonidine 0.2%
1gtt OS BID
× 4 months

Original Order
9·4·19
Discontinue
1·4·20

Erythromycin ointment
'1/4" Strip OU HS
× 4 months 1 week/month

Original Order
1·7·15
Discontinue
1·7·15

Tylenol 325 mg
ii tab po prn

| Initial | Signature | Initial | Signature |
|---|---|---|---|

Initial Name and Number

GRIFFEN, RORY  Y35904

NO KNOWN DRUG ALLERGY
Date of Birth or Soc. No.   05/08/1961

MUDDY CORR CTR

Charting for 09/01/2019   Through 09/30/2019

Diagnosis

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

____Big Muddy River Correctional____ Center

| Offender Information: | | |
|---|---|---|
| Griffin | Rory | ID#: Y35204 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-25-19 2:25pm | Medical Record Roy Collegial review on 7-23-19 for 4th FU. Approved and scheduled 8-9-19 at 51 ortho. | K Shyll KN, T |
| 7-28-19 7-26-19 4:00pm | RN NOTE: S) "I'm still HAVING THOSE SHARP PAINS DOWN this ARM" (POINTS to ELBOW AREA OF Ⓛ ARM) Ⓞ) A &0x3. RESP ENL. SKIN W/D. I/M HAS BEEN TAKING PEPCID 20mg. BID FOR APPROX 10 DAYS. HE CONTINUES to C/O GAS ET BLOATING. C/O ↑ BELCHING. CAST to Ⓛ ARM CLEAN, DRY INTACT. MOVES ABOUT CELL ON REGULAR BASIS. KEEPS AREA CLEAN. I/M is WELL GROOMED ET COMPLETES OWN ADL'S, HE is Compliant c̄ AII MEDS ET ASSESSMENT. A) WEEKLY ASSESSMENT | P) CPH1 D Kumm RN |

Exhibit 4

ILLINOIS DEPARTMENT OF OFFENDER
## Offender Health Status Transfer Summary

*Med*
*8-9-19*

**Transferring Facility:** BMRCC _____ Center

**Offender Information:**
Last Name: Griffin
First Name: Rory
MI: ___
ID#: 435204

**Date:** 4:30 pm   **Time:** 7-31-19   ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff)

☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA

**Current / Acute Conditions / Problems:** ↑Lipids; HTN; DM   Food Handler Approved ____

**Chronic Conditions / Problems:** _____

**Current Medications** (name, dosage, frequency, and duration):
- **Acute Short-term:** METHOTREXATE 6 - 2.5ML TABLETS ○ XOPENEX 45mcg 1-2 puffs
- **Chronic Long-term:** LIPITOR 40mg; NORVASC 10mg DAILY, 2 ○ per · METFORMIN 500mg Daily, ○ nis, PRN
- **Chronic Psychotropic:** REMERON 30mg PM; CYMBALTA 30mg PO pm, PEPCID 20mg; Vit B₁₂ 500mcg Daily  LATANOPROST 1gtt each eye PM

**Current Treatments:** AS ABOVE

**Therapeutic Diets:** REGULAR

**Follow-Up Care:** ROUTINE

**Chronic Clinics:** CARDIAC; GEN MED

**Specialty Referrals:** AS NEEDED

**Significant Medical History:** ASTHMA; DM; HTN; ↑Lipids; ?Glaucoma; GERD; VB12

**Physical Disabilities / Limitations:** NONE

**Assistive Devices / Prosthetics:** NONE

**Mental Health Issues:** ☐ Hx Suicide Attempt  Date: ____

**R & C Use Only:** ☐ LAB ☐ EKG ☐ CXR ☐ Dental ☐ MEDS ☐ MH ☐ Hx Psych Med ☐ Hx MPC / STC ☐ Other: ____   ☒ Glasses ☐ Dentures ☐ Hearing Aid   Substance Abuse: ☐ Alcohol ☐ Drugs

D. KRAMM RN
Health Care Staff and Title

*D. Krammer* (signature)

☐ Packet Complete

7-31-19

**Reception Screening** (completed by receiving facility health care staff)

Facility: _____

**Subjective:**
Current Complaint: _____   Date ____   Time ____   ☐ a.m. ☐ p.m.
Current Medications/Treatment: _____   Assessment: _____

**Objective:**
Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T ___ P ___ R ___ BP ___

Patient Disposition:
☐ Health Information Given   ☐ Emergency Referral
☐ Sick Call - Urgent/Routine
☐ Medical/MH Evaluation   ☐ Infirmary/Out Pt   ☐ Special Housing   ☐ Chronic Clinic
☐ Work Program - Limited   ☐ Specialty Referral   ☐ Other (specify)
☐ Infirmary Placement
☐ Other (specify)

Printed Name and Title

☐ For Adult Transition Center transfers ☐ For Electronic Detention Monitoring

Signature _____   Date _____

Mental Health Professional Signature and Title ____   Date ____   ☐ Approved   ☐ Denied

Health Care Staff Signature and Title ____   Date ____   ☐ Approved   ☐ Denied

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Infirmary Progress Notes**

# BMRCC

_____ Center

| Offender Information: |
|---|
| Griffin (Last Name)    Rory (First Name)    _ (MI)    ID#: B35204 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8 26 19<br>8 17 | _INFIRMARY DISCHARGE SUMMARY BY:_<br><br>(CIRCLE) (MD) DENTIST PSYCHIATRIST<br><br>ADMISSION DATE: 6 25 19<br><br>DISCHARGE DATE AND TIME:<br>8 26 19 9ᵃ<br><br>ADMITTING DIAGNOSIS:<br>S/P ® hirip teah<br>Repair 62 y/o<br><br>DISCHARGE DIAGNOSIS:<br>S/P ® hirip teah<br>Repair<br><br>INFIRMRY COURSE: | INFIRMARY DISCHARGE ORDERS:<br><br>DC & f/p<br><br>LR LR Pent<br>& 6 wo<br><br>Same R<br><br>FOLLOW UP PLAN:<br><br>MD SC 1 wed |

Distribution: Offender's Medical Record    _Exhibit 4_    Printed on Recycled Paper

DOC 0085 (Eff 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Infirmary Progress Notes**

_____ **BMRCC** _____ Center

| Offender Information: |
|---|
| Griffin.  Rory  MI ___  ID#: V 35204 |
| Last Name    First Name |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-26-19 2:30 A | RN/LPN INFIRMARY DISCHARGE SUMMARY<br><br>S.  OK | p.<br><br>Diet on discharge: Regular |
|  | Summary of reason for admission:<br><br>S/P Lt bicep tendon repair | Treatment and Medications on Discharge:<br><br>Same Rx<br>LB/LG X 6 months |
|  | O. Physical assessment on Discharge:<br><br>Temp 98²  Wt. 201 |  |
|  | Pulse 115  Resp 16  B/P 162/99 | Return Follow-up: MD SC i/weeks |
|  |  | Patient Education: Return to HCU as needed |
|  | A. Admitting Diagnosis: Lt bicep tendon repair<br><br>NursingDx: Alt in Comfort | Nurses Signature: ___ |

Distribution: Offender's Medical Record

Printed on Recycled Paper   Exhibit 4

DOC 0085 (Eff. 9/2002)
(Replaces DC 7147)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**          ✗ out of sequence

_____ **Big Muddy River Correctional** _____ Center

| Offender Information: | | | | | |
|---|---|---|---|---|---|
| Griffin | | Rory | | | ID#: Y35204 |
| Last Name | | First Name | | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10:10 (A) 9-3-2019 | PTA NOTE— <br> S) <br> Works on scar tissue mob Ⓛ. <br> Doesn't see much progress. <br> O) <br> S.T mob, elbow flex, ext c̄ end range <br> stretch, Ⓡ wrist mob, rotation, flex, <br> ext, sup - ~~pronection~~ *error* pron c̄ end range <br> stretch. <br> A) <br> ↓ ROM @ ¾E2° scar tissue | P) <br> Cont. ROM, Stretching as/ DOC ⨯↑ <br> ROM, ↓ pain from scaring. <br> ⦘Banks PTA, BAS. |
| 9.3.19 | Health Status Complete ——— | ⦘DeVault CPR |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Exhibit 4     Printed on Recycled Paper     DOC 0084 (Eff. 9/2002) <br> (Replaces DC 7147)

ILLINOIS DEPARTMENT™ CORRECTIONS
Offender Health Status Transfer Summary

Med 9-13-19

**Transferring Facility:** BMRCC   Center

**Offender Information:**
Last Name: Griffin
First Name: Rory
MI:
ID#: Y35204

Date: 9-3-19   Time: 8:30   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered  (only transfers to ATC, parole, release or discharge)

Allergies: NKDA

Current / Acute Conditions / Problems: Repair Arm Tendon /muscle    Food Handler Approved: Yes 5-16-19

Chronic Conditions / Problems: Asthma

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: Tums 1 tab TID Prn

Chronic Long-term: Atrovastatin 40mg, Norvasc 10mg, Methotrexate 2.5mg 8 tabs weekly, Pepcid 20mg, Vit B12 500mcg

Chronic Psychotropic: Remeron 30mg, Cymbalta 30mg @ HS

Current Treatments: Xopenex HFA 45mcg, Latanoprost 2.5ml 1 gtt Both eyes @ HS, Nasacort 1 spray each nostril daily

Therapeutic Diets: Reg diet

Follow-Up Care: Routine Health Care

Chronic Clinics: Asthma  HTN  Hyperlipidemia

Specialty Referrals: Ortho

Significant Medical History: (L) hand injury  Dyslipidemia  (L) Bicep tendon tear  Glaucoma  Rheumatoid Arthritis  Head trauma 2012 or 2013  GERD

Physical Disabilities / Limitations: Low bunk  Low Gal

Assistive Devices / Prosthetics:

Mental Health Issues: ☒ Hx Suicide Attempt Date: 1983   ☒ Hx Psych Med ☐ Hx MPC / STC   Substance Abuse ☐ Alcohol ☐ Drugs   ☒ Glasses ☐ Dentures ☐ Hearing Aid

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other:    ☐ Packet Complete

JleVault Lpn
Health Care Staff and Title

JleVault Lpn
Signature

9-3-19
Date

**Reception Screening** (completed by receiving facility health care staff):

Facility:

Subjective:   Date:   Time:   ☐ a.m. ☐ p.m.
Current Complaint:   Assessment:

Current Medications/Treatment:

Objective:
Physical Appearance/Behavior:   Pain: Disposition:
☐ Health Information Given   ☐ Emergency Referral
☐ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
Deformities: Acute/Chronic:   ☐ Work / Program Limitation   ☐ Specialty Referral   ☐ Other, specify:
T   P   R   B.P.   ☐ Infirmary Placement
☐ Other, specify:

Printed Name and Title   Signature   Date

☐ For Adult Transition Center transfers ☐ For Electronic Detention/Monitoring:

Mental Health Professional Signature and Title   Date   ☐ Approved   ☐ Denied

Health Care Staff Signature and Title   Date   ☐ Approved   ☐ Denied

Distribution: Offender's Medical Record
Transferring Facility
Receiving Facility

DOC 0030  Rev. 12/2018

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

BIG MUDDY RIVER CORRECTIONAL   Center

Offender Information:

Griffin                         Rory                      ID#: Y35204
Last Name                       First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-23-19 [OW (A) | PTA NOTE – <br> S) <br> Wrist (2) was swollen over ~~weekend~~. error <br> weekend. <br> O) <br> No edema noted today. <br> ⇒ <br> Scar tissue mob (2) ant elbow area. <br> stretching elbow ext, wrist flex, <br> ext, sup, pron. <br> A) <br> mod. improvement noted. | P) <br> Cont. P.T. as/pac → ↑ <br> ROM @ elbow/wrist. <br> J. Lampley, PTA, BAS <br> evreept |
| 9.24.19 10:50pm 9:00 (A) | Health Status Complete | J. Duncan |
| 9-25-19 | PTA NOTE – <br> S) <br> Works on Scar Tissue mob + stretching <br> O) <br> S.T.M. stretching for elbow ext, wrist <br> flex, ext, sup, pron. <br> A) <br> ↓ ROM, Scar @ (L) forearm + elbow. | P) <br> Cont. STM + stretching. <br> J. Lampley, PTA, BAS |

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper