# CERTIFICATION

RE:   Rory Griffin
      Y35204
      21-436-NJR

I, <u>Marilyn Liggett, Account Technician I</u>, hereby certify that
   (Name and Title of Authorized Officer - please print)

Rory Griffin currently has the sum of $ <u>6,867.96</u> on account at Big Muddy River Correctional Center.

<u>Marilyn Liggett</u>
Signature of Authorized Officer

Dated: <u>05/04/21</u>

PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.

Please mail the statement and this completed form to:
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18

| | | | | |
|---|---|---|---|---|
| Date: | 5/5/2021 | **Big Muddy River Correctional Center** | | Page 1 |
| Time: | 9:25am | **Trust Fund** | | |
| d_list_inmate_trans_statement_composite | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 01/15/2021 thru 04/29/2021;   Inmate: Y35204;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: Y35204 Griffin, Rory**                     **Housing Unit: BMR-04-A -36**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 3,403.02 |
| 01/20/21 | Point of Sale | 60 Commissary | 0207168 | 999076 | Commissary | -78.93 | 3,324.09 |
| 01/21/21 | Disbursements | 80 Postage | 021371 | Chk #3450 | 135403, United State, Inv. Date: 12/30/2020 | -1.00 | 3,323.09 |
| 01/21/21 | Disbursements | 80 Postage | 021371 | Chk #3450 | 135451, United State, Inv. Date: 01/04/2021 | -.50 | 3,322.59 |
| 01/22/21 | Disbursements | 88 gift | 022371 | Chk #3493 | 22270, Griffin, Anth, Inv. Date: 01/22/2021 | -100.00 | 3,222.59 |
| 02/02/21 | Point of Sale | 60 Commissary | 0337164 | 1000043 | Commissary | -82.14 | 3,140.45 |
| 02/11/21 | Payroll | 20 Payroll Adjustment | 042171 | | P/R month of 1 2021 | 15.00 | 3,155.45 |
| 02/12/21 | Mail Room | 02 MO/Checks (Held) | 0432120 | 01954566 | Cook County | 3,000.00 | 6,155.45 |
| 02/19/21 | Point of Sale | 60 Commissary | 0507158 | 1001085 | Commissary | -86.61 | 6,068.84 |
| 03/08/21 | Point of Sale | 60 Commissary | 0677164 | 1001941 | Commissary | -52.40 | 6,016.44 |
| 03/12/21 | Payroll | 20 Payroll Adjustment | 0711128 | | P/R month of 2 2021 | 15.00 | 6,031.44 |
| 03/16/21 | Disbursements | 88 chain and pendant | 075371 | Chk #4248 | 23075, Chains, Penda, Inv. Date: 03/16/2021 | -42.80 | 5,988.64 |
| 03/17/21 | Point of Sale | 60 Commissary | 0767158 | 1002895 | Commissary | -120.32 | 5,868.32 |
| 03/18/21 | Disbursements | 80 Postage | 077371 | Chk #4311 | 136198, United State, Inv. Date: 02/22/2021 | -4.95 | 5,863.37 |
| 03/18/21 | Disbursements | 80 Postage | 077371 | Chk #4311 | 136221, United State, Inv. Date: 02/22/2021 | -.51 | 5,862.86 |
| 03/25/21 | Point of Sale | 60 Commissary | 0847164 | 1003852 | Commissary | -33.18 | 5,829.68 |
| 04/05/21 | AP Correction | 88 gift | 095571 | Chk #3493 Voided | 22270 - Griffin, Anthony | 100.00 | 5,929.68 |
| 04/05/21 | Disbursements | 88 stop payment check #3493 | 095371 | Chk #4494 | 136980, BMRCC Trust, Inv. Date: 04/05/2021 | -33.00 | 5,896.68 |
| 04/05/21 | Point of Sale | 60 Commissary | 0957158 | 1004664 | Commissary | -106.09 | 5,790.59 |
| 04/07/21 | Disbursements | 83 Copies | 097371 | Chk #4534 | 136718, DOC: 523 Fun, Inv. Date: 03/23/2021 | -22.50 | 5,768.09 |
| 04/08/21 | Mail Room | 02 MO/Checks (Held) | 098271 | 404404811436 | US Treasury | 1,400.00 | 7,168.09 |
| 04/13/21 | Point of Sale | 60 Commissary | 1037164 | 1005526 | Commissary | -81.96 | 7,086.13 |
| 04/14/21 | Payroll | 20 Payroll Adjustment | 1041128 | | P/R month of 3 2021 | 10.00 | 7,096.13 |
| 04/27/21 | Disbursements | 88 Gift | 1173166 | Chk #4818 | 23547, Griffin, Anth, Inv. Date: 04/27/2021 | -100.00 | 6,996.13 |
| 04/27/21 | Point of Sale | 60 Commissary | 1177164 | 1006621 | Commissary | -122.44 | 6,873.69 |

| | |
|---|---|
| **Total Inmate Funds:** | 6,873.69 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 5.73 |
| **Funds Available:** | 6,867.96 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTITUTIONS**

| Rest. # | Vendor | | Transaction | Tran. Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 10658 | 15047 | Wexford Health Sources | Beginning Balance | 09/16/2019 | 15.00 | .00 |
| | | | | **Total:** | | .00 |

Date: 5/5/2021
Time: 9:25am
d_list_inmate_trans_statement_composite

**Big Muddy River Correctional Center**
**Trust Fund**
Inmate Transaction Statement

Page 2

REPORT CRITERIA - Date: 01/15/2021 thru 04/29/2021;   Inmate: Y35204;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: Y35204 Griffin, Rory**                                **Housing Unit: BMR-04-A -36**
**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 05/03/2021 | 137489 | Disb | Postage | 15029 United States Postal Service | $4.20 |
| 05/03/2021 | 137498 | Disb | Postage | 15029 United States Postal Service | $0.51 |
| 05/03/2021 | 137542 | Disb | Postage | 15029 United States Postal Service | $1.02 |
| | | | | **Total Restrictions:** | **$5.73** |