21-436

Chief Judge NANcy J RosensTengel 12-10-2021

Im writing you To ask For you
To please Reconsider my LawsuiT against
Dr STeven D. young For medical MAlpractice,
Reason Being That ive Now goT Nerve
damage AFTer Recieving The Surgery From
DR STeven young. I Believe The Nerve
DamAge and Loss oF mobility in my hands
ANd Fingers was Due To The Surgery. Im
RequesTing Legal Advise/help Because Im
Illiterate and have To Rely on other
INMATes For Help INevery Aspect.

Thank you
Sincerly
RoRy GriFFiN
Could You PlEASe
Write ME BAck
PlEASe
Rory Griffin



BOBBY GRIFFIN Y35204
2 M. IL HighWAY 37
VIENNA, ILLINOIS 62896

MAIL CLEARED
US MARSHALS

62012-136201

IDOC OFFENDER MAIL
SAINT LOUIS MO 630
15 DEC 2021 PM 5 L

U.S. Courthouse
301 West Main Street
Benton, IL 62812
To The chief U.S. District Judge
Mrs. Nancy J. Rosenstengel

ZIP 62846
USA FOREVER



RECEIVED

DEC 1 7 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131