Chief Judge Nancy J. Rosenstengel  3-2-2022

I would like to file a motion for leave to amend complaint against Dr Steven Young, to address the nerve damage also the fact that the pin/screw in my arm is now protruding out of the bone and muscle just under the skin. I can't use the arm most of the time or even the slightest touch causes extreme pain. I would also like to file a motion for appointment of counsel. Im illiterate and have to depend on other inmates to help me, which is hard with the prison being on a covid lockdown quarintine where i can't get to the law library. Its hard to meet deadlines because i can't get responses from medical or security staff here who cite covid being the issue.

Thank you
Rory Griffen y35204
case # 3:21-cv-00436-NJr
Rory Griffin



Kerry Griffen Y35204
28 N. Il. Hwy 37
Ina, IL. 62846

Chief Judge Nancy J Rosenstengel
U.S. Courthouse
750 Missouri Avenue
EAST ST. Louis, IL 62201

MAIL CLEARED

IDOC OFFENDER MAIL
7 MAR 2022 PM 7

RECEIVED

MAR - 9 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

