In The United States District Court
For The Southern District of Illinois

Rory Griffin,
    Plaintiff,
Vs.                           Case No. 21-CV-00436-NJR
Dennis Larson                 Chief Judge Nancy J. Rosenstenye
    Defendant,

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to Represent him in this Case. In support of this Motion, plaintiff states:

1. Plaintiff is unable to afford Counsel. He has requested leave to proceed in Forma Pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues in this case are complex, and will require significant research and investigation. Plaintiff is illiterate and also has limited access to the Law Library and limited knowledge of Law.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated attempts to obtain A Lawyer Pro-bono, attached below are the office names and addresses that plaintiff has written requests with No responses:
Carbondale office - 509 S. University Ave, 62901 3rd Floo
Alton office - 310 Easton St. Suite #330, 62002
Springfield office - 3180 Adloff Ln, Suite #201, 62703
East St. Louis office - 8787 State St. 62203

Date: 5-27-2022

Name Printed: Rory Griffin
Signature: RORY GRIFFIN

Address: The Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, Illinois, 62846
House #4 Wing A Cell #36

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

4. Plaintiff has made repeated attempts to obtain a lawyer and has no representation, Plaintiff is illiterate and in need of desperate help.

Date: 5-27-2022

Printed Name: Rory Griffin Y35204

Signature: Rory Griffin

Address: The Big Muddy River Correctional Center
251 W. Illinois Highway 37
Ina, Illinois. 62846
House #4 wing A cell #36

In The United States District Court
For The Southern District of Illinois

Rory Griffin,
    Plaintiff,
Vs.               Case No. 22-cv-00436-NJR
Steven Young,    Chief Judge Nancy J. Rosenstengel
    Defendant,

## Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to Represent him in this case. In support of this Motion, plaintiff states:

Plaintiff is Unable to Afford Counsel. He has requested leave to proceed in Forma Pauperis.

Plaintiff's imprisonment will greatly limit His ability to litigate. The issues in this case are complex, and will require significant research and investigation. Plaintiff is illiterate and also has limited access to the Law Library and limited knowledge of the Law.

A trial in this case will likely involve conflicting testimony, and Counsel would better enable plaintiff to present evidence and cross examine witnesses.

Date: Rory Griffin    5-27-2022

Name Printed: RORY GRIFFIN

Signature: Rory Griffin    Y35204

Address: The Big Muddy River Correctional Center
251 N. Illinois Highway 37
Ina, Illinois. 62846
House #4 Wing A Cell #36