# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Rory Griffin,<br>*Plaintiff(s)*<br>v.<br>Dennis Larson,<br>*Defendant(s)* | )<br>)<br>)  Case Number: 3:21-cv-00436-NJR<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Rory Griffin   pursuant to the Memorandum and Order of May 31, 2022 (ECF No. 39)

DATED: 6/14/22

/s/ Brian O. Watson
Signature

Brian O. Watson
Name

70 W. Madison 2900
Address

312-471-8700
Phone Number

312-471-8701
Fax Number

bwatson@rshc-law.com
E-Mail Address

Rev. 2/11