Filed at Pinckneyville and emailed
1/11/23 by CB  2 pages

January 08, 2023

Mr. Rory Griffin #Y-
Il. Dept. of Corr's - Pinckneyville CC
5835 State Route 154
Pinckneyville, IL. 62274

U.S. Dist. Courthouse
750 Missouri Ave.
East St. Louis, IL. 62201

RE: Case No. 21-cv-436 NJR

Dear Clerk of Court,

I am the Plaintiff in the above case number. Because I've not heard from my appointed attorney since June of 2022 dispite many letters to him, I need you to please forward me a copy of the docket sheet in this case.

Also please notice my address change pursuant to my new address cited above.

Sincerely
Rory Griffin

Chief Judge Rosestengel
NANCY

Chief Judge NANCY J. Rosenstengel
Clerk of court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

Attorney Name Briano Watson

CASE 3:21-CU-00436-NJR
               Phone Number
RORY GRIFFIN   312-471-8700
               312-471-8776



Scanned at Pinckneyville CC and e-mailed

1/11/23 by CB  2 pages
Date    Initials  No.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Name: Rory Griffin

ID Number: Y35204

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?   Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?   Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?   **Yes** or No

   If yes, please list case number: 21-CV-436-NJR

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   2

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Letter to Clerk | 2 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.