## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RORY GRIFFIN, | |
| Plaintiff, | |
| v. | Case No. 3:21-cv-00436-NJR |
| DENNIS LARSON and STEVEN D. YOUNG, | Judge Nancy J. Rosenstengel |
| Defendants. | |

### NOTICE OF MAILING DOCKET SHEET

Plaintiff Rory Griffin, by his appointed attorney, gives notice that a copy of the docket sheet was mailed to Plaintiff at his new address in response to his docketed motion (ECF No. 48).

Dated: January 12, 2023

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com

*Appointed Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that these papers were served on all counsel by the CM/ECF system and mailed to Plaintiff.

Dated: January 12, 2023

Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com

*Appointed Attorney for Plaintiff*

4871-9721-8121, v. 1