IN THE
UNITED STATES DISTRICT FEDERAL COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GRIFFEN V. LAWSON<br>    PLAINTIFF, | ) 21-436<br>) CASE NO. CF-001561<br>) | |
| VS. | ) JUDGE: NANCE J. ROSENSTENGEL<br>) | |
| DENNIS LARSON<br>STEVEN D. YOUNG  MD   DEFENDANTS | ) | |

## MOTION TO COMPELL

NOW COMES THE PLAINTIFF, ASKING THIS HONORABLE COURT TO ISSUE AN ORDER TO THE APPOINTED COUNSELOR. TO CONDUCT AN INTERVIEW WITH THE PLAINTIFF. THE PLAINTIFF STATES THE FOLLOWING:

1. PLAINTIFF CONTENDS THAT HE HAS NOT HEARD OR TALKED TO THE ATTORNEY SINCE JUNE 08, 2023.

2. PLAINTIFF HAS HAD TO HAVE SURGERY ON HIS LEFT SHOULDER, AND IS IN CONSTANCE PAIN.

3. PLAINTIFF HAS BEEN DIAGNOSE WITH PROSTATE CANCER. AND IS SUFFERING FROM SERIOUS PAIN ALL THE TIME.

4. PLAINTIFF SPOUSE DECEASE ON AUG.20,2023. PLAINTIFF CONTINUE TO HAVE PAIN AND PROBLEM WITH HIS LEFT ARM FROM THE SURGERY.

5. PLAINTIFF NEED TO TALK WITH HIS ATTORNEY CONCERNING HIS CASE #cv-436-NJR

## CONCLUSION

PLAINTIFF ASKS THIS COURT TO PLEASE DIRECT HIS ATTORNEY BRIAN O. WATSON TO SET UP A CONFERENCE CALL OR A IN PERSON INTERVIEW SO HE CAN DISCUSS HIS CASE AND ISSUE.

/S/ Rory Griffin
RORY GRIFFIN Y-35204
5835 state route 154
PINCKNEYVILLE IL. 62274-

US POSTAGE PITNEY BOWES
$ 000.63
ZIP 62274
02 4W
0000036100 1 SEP 13 202

IDOC INDIVIDUAL
IN CUSTODY MAIL

BOBY GRIFFIN Y35204
Pinckneyville C. Center
5835 State Route 154
Pinckneyville IL 62274-3441

To: Chief Judge Nancy J Rosenstengel
To the Clerk of the court United
Southern States District court of
Illinois 750 Missouri Avenue
East St Louis IL 62201

MAIL CLEARED
US MARSHALS

LEGAL MAIL

