IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RORY GRIFFIN,<br><br>      Plaintiff,<br><br>    v.<br><br>DENNIS LARSON and<br>STEVEN D. YOUNG,<br><br>      Defendants. | Case No. 3:21-cv-00436-NJR<br><br>Judge Nancy J. Rosenstengel |

**STATUS REPORT**

Brian O'Connor Watson, the appointed counsel for Plaintiff Rory Griffin, files this status report in response to the Order: re Motion to Compel (ECF No. 86).

1.    Mr. Griffin has filed a motion to compel stating, among other things, that "he has not heard or talked to the attorney since June 8, 2023." ECF No. 84.

2.    Attached as exhibits to this status report are redacted letters from Mr. Watson to Mr. Griffin (without the enclosures).

3.    Mr. Watson has also contacted the Pinckneyville Correctional Center to confirm that it is aware of no issue delivering the letters to Mr. Griffin, schedule a legal call with Mr. Griffin to discuss his motion to compel and case, and will advise the Court under SDIL-LR 83.10–83.14 and Illinois Rule of Professional Conduct 1.16.

Dated: February 20, 2024        Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com
*Appointed Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that these papers were served on all counsel by the CM/ECF system and mailed to Plaintiff.

Dated: February 20, 2024        Respectfully submitted,

*/s/ Brian O. Watson*
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com

*Appointed Attorney for Plaintiff*

4879-9944-5414, v. 1