

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

July 6, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

  **Re:**  **Griffin, No. 3:21-cv-00436-NJR**

Dear Mr. Griffin:

  Enclosed is a transcript of your deposition testimony. ██████████████████████████

            Sincerely,

            */s/ Brian O. Watson*
            *(electronically signed)*

            Brian O. Watson

4879-4146-4942, v. 1