

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

July 20, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

    **Re:**    **Griffin, No. 3:21-cv-00436-NJR**

Dear Mr. Griffin:

    Enclosed are discovery and records we have received in the case.

    Sincerely,

    */s/ Brian O. Watson*
    *(electronically signed)*

    Brian O. Watson

4894-8055-8246, v. 1