

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

August 7, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

    **Re:**    **Griffin, No. 3:21-cv-00436-NJR**

Dear Mr. Griffin:

    Enclosed are subpoenas served on other parties.

                Sincerely,

                */s/ Brian O. Watson*
                *(electronically signed)*

                Brian O. Watson

4855-4512-1190, v. 1