

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

August 28, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

  **Re:** **Griffin, No. 3:21-cv-00436-NJR**

Dear Mr. Griffin:

  Enclosed are discovery and records we have received in the case.

       Sincerely,

       */s/ Brian O. Watson*
       *(electronically signed)*

       Brian O. Watson

4860-3048-8187, v. 2