

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

October 30, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

Re:   Griffin, No. 3:21-cv-00436-NJR

Dear Mr. Griffin:

Enclosed is the current discovery schedule. ███████████████████
████████████████████████████████████████

Sincerely,

/s/ Brian O. Watson
(electronically signed)

Brian O. Watson

4889-8743-1052, v. 1

70 West Madison Street, Suite 2900, Chicago, IL 60602
Office: 312.471.8700 • Fax: 312.471.8701 • rshc-law.com