

Brian O. Watson<br>
312.471.8776<br>
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

November 17, 2023

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

    Re:    Griffin, No. 3:21-cv-00436-NJR

Dear Mr. Griffin:

Enclosed are Dr. Larson's written discovery responses. ████████████████████████████████████████

Sincerely,

*/s/ Brian O. Watson*
*(electronically signed)*

Brian O. Watson

4888-9971-5985, v. 1