

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

January 29, 2024

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

      Re:    Griffin, No. 3:21-cv-00436-NJR

Dear Mr. Griffin:

      Enclosed are Dr. Young's and Dr. Larson's deposition transcripts, which we have paid the costs to obtain. [redacted]

Sincerely,

*/s/ Brian O. Watson*
*(electronically signed)*

Brian O. Watson

4894-4717-6865, v. 1