

Brian O. Watson
312.471.8776
bwatson@rshc-law.com

**LEGAL MAIL**
**PRIVILEGED AND CONFIDENTIAL**

February 17, 2024

Rory Griffin, Y35204
Pinckneyville Correctional Center
5835 State Route 154
Pinckneyville, IL 62274

Re:   Griffin, No. 3:21-cv-00436-NJR

Dear Mr. Griffin:

Enclosed is Dr. Young's motion for summary judgment. [REDACTED]

Sincerely,

/s/ Brian O. Watson
(electronically signed)

Brian O. Watson

4891-9528-0294, v. 1