IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RORY GRIFFIN,

    Plaintiff,

v.

DENNIS LARSON and
STEVEN D. YOUNG,

    Defendants.

Case No. 3:21-cv-00436-NJR

Judge Nancy J. Rosenstengel

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION
ON HIS RESPONSES TO SUMMARY JUDGMENT MOTIONS**

Plaintiff Rory Griffin, by his appointed counsel, moves for a consent extension to file his responses to Defendants' summary judgment motions by May 17, 2024. In support, Mr. Griffin states that:

1. The current deadline for Plaintiff's responses to Defendants' summary judgment motions motions is March 18, 2023. ECF No. 87-89; SDIL-LR 7.1(b)(1)(A).

2. As the Court is aware, Mr. Griffin is incarcerated and "illiterate and depends on other inmates for help." ECF No. 32.

3. Mr. Griffin and his appointed counsel therefore require additional time, and Mr. Griffin would be unfairly prejudiced if an extension is not granted.

4. Mr. Griffin's counsel also spoke with Defendants' counsel, who consent to the extension.

For these reasons, Plaintiff Rory Griffin requests an extension to file his response to Defendants' summary judgment motions to May 17, 2024.

Dated: March 15, 2024                    Respectfully submitted,

/s/ Brian O. Watson
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com

*Appointed Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 15, 2024, these papers were served on all counsel by the CM/ECF system.

Dated: March 15, 2024                    Respectfully submitted,

/s/ Brian O. Watson
Brian O. Watson
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
bwatson@rshc-law.com
docketdept@rshc-law.com

*Appointed Counsel for Plaintiff*

4856-4730-3853, v. 2