IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RORY GRIFFIN,                        ) | |
| ) | |
| ) | Case No. 3:21-cv-00436-NJR |
| Plaintiff,                ) | |
| ) | |
| vs.                                       ) | |
| ) | |
| DENNIS LARSON, *et al.*,         ) | |
| ) | |
| Defendants.           ) | |

# REPORT OF MANDATORY MEDIATION

A mediation session was held on January 9, 2025. The outcome of the mediation session is as follows:

☒ **CASE HAS SETTLED**.
  ☐ A stipulation of dismissal is being prepared and will be filed by Click or tap to enter a date..

  Or

  ☒ The parties request additional time to consummate the settlement.

☐ **CASE HAS SETTLED IN PART** and mediation will continue on Click or tap to enter a date..

☐ **CASE HAS SETTLED IN PART** and mediation is complete.

☐ **CASE DID NOT SETTLE** and mediation will continue on Click or tap to enter a date..

☐ **CASE DID NOT SETTLE. MEDIATION IS COMPLETE.** The case will proceed pursuant to the Court's Scheduling Order.

☐ **OTHER. PLEASE EXPLAIN**.

DATED: 1/9/2025.

/s/ Megan Arvola
———————————————
Mediator