IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RORY GRIFFIN,** | |
| **Plaintiff,** | |
| v. | Case No. 3:21-CV-00436-NJR |
| **DENNIS LARSON, STEVEN D. YOUNG, and WEXFORD HEALTH SOURCES, INC.,** | |
| **Defendants.** | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order on September 23, 2024, granting in part and denying in part Defendants' Motion for Summary Judgment (Doc. 99), Defendant Dr. Steven D. Young was **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order on February 11, 2025, granting the parties' Joint Motion to Substitute Party (Doc. 115), Defendant Dr. Dennis Larson was **DISMISSED with prejudice** and Defendant Wexford Health Sources, Inc. was **SUBSTITUTED** in his place.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Court's Order on January 10, 2025 (Doc. 113), noting settlement between the remaining parties, this entire action is **DISMISSED with prejudice**, with each party to bear its own costs.

**DATED:  June 5, 2025**

                                                  MONICA A. STUMP,
                                                  Clerk of Court

                                                  By:   *s/ Deana Brinkley*
                                                                Deputy Clerk

**APPROVED:**  *s/ Nancy J. Rosenstengel*
                        **NANCY J. ROSENSTENGEL**
                        **Chief U.S. District Judge**