IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHREN DISTRICT OF ILLINOIS

RORY GRIFFIN
    PLAINTIFF,

VS.

CASE NO. 3:21-cv-00436-NJR

DENNIS LARSON, STEVEN D. YOUNG AND
WEXFORD HEALTH SOURCES INC.
    DEFENDANTS.

Scanned at Pinckneyville CC and e-mailed
6/16/25 by CB  1 pages

## N O T I C E  O F  A P P E A L

NOW COMES THE PLAINTIFF, RORY GRIFFIN PRO-SE, TO GIVE NOTICE TO THIS HONORABLE COURT THAT THE PLAINTIFF WOULD BE APPEALING THE JUDGMENT IN THE CIVIL ACTION GRIFFIN NO.3:21-cv-00436-NJR THAT WAS ENTER ON JUNE05,2025 ON THE GROUNDS LISTED BELOW HEREIN..

PLAINTIFF STATES THE FOLLOWING:

1. PLAINTIFF ASSERTS HIS RIGHTS UNDER THE SIXTH ADMENDMENT HAS BEEN VIOLATED. WHERE AS DURING THE SETTLEMENT PORTION OF THIS CIVIL COMPLAINT HIS ATTORNEY WAS INEFFECTIVE DURING THE NEGOTIATION OF HIS SETTLEMENT.

2. TRIAL COURT WAS COMPLEXITY AND ABUSED ITS DISCRETION AND COERCION DURING THE SETTLEMENT FAZE OF THE CIVIL ACTION..

WHEREFORE: FOR THE ASSERTION STATED ABOVE PLAINTIFF IS GIVING NOTICE OF THE APPEAL FROM THE JUDGMENT ENTER ON JUNE 05, 2025

respectfully submitted
/s/ Rory Griffin
RORY GRIFFIN Y-35204


Scanned at Pinckneyville CC and e-mailed
6/16/25 by CB  1 pages
Date    Initials  No.



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

__Rory Griffin__    __Y35204__
Name                 ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **(No)**

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **(No)**

   If yes, please list case number: _____

   If yes, but you do not know the case number mark here: _____

3. Should this document be filed in a pending case?    **(Yes)** or No

   If yes, please list case number:  __21-CV-00436-NJR__

   If yes, but you do not know the case number mark here: _____

4. Please list the total number of pages being transmitted:   __1__

5. If multiple documents, please identify each document and the number of pages for each document.  For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| Notice of Appeal | 1 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.